UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JOHN J. BRYLSKI

Plaintiff,

v.

Case No.: 26-cv-945

BRIAN SCHMIDT, and
ROBERT M. MIHELICH,

Defendants.

**DEFENDANTS' MOTION TO FILE UNDER SEAL**

NOW COME the Defendants, Brian Schmidt and Robert Mihelich, by their undersigned attorneys, and hereby move the Court to seal the following documents in accordance with Western District of Wisconsin Administrative Order 460:

1. Pages 7 – 14, 35 – 102, 125 – 129, 170 – 172, 175, 176, and 179 of Exhibit A of the Notice of Removal – (Exhibit A of the State Court Complaint, Plaintiff's Affidavit in support of Complaint, and Exhibits 1 – 17[1], 18, and 20 of the State Court Complaint).

The basis for this motion is that Exhibit A to the State Court Complaint (pages 7 – 14) is Plaintiff and Defendant Brian Schmidt's prior, private Settlement Agreement, which is a confidential document. Additionally, Exhibits 1 – 17, 18, and 20 are highly personal disparaging, defamatory, and sensitive documents, the disclosure of which would defeat the purpose of the Settlement Agreement.

[1] Plaintiff has included two separate exhibits in support of his state court complaint that he has marked as "Exhibit 17." Defendant is only seeking to file the first Exhibit 17 (document 21, page 129) under seal.

Movants recognize that the general rule is that the record of a judicial proceeding is public. *Press-Enterprise Co. v. Superior Court,* 464 U.S. 501, 509-10, 78 L. Ed. 2d 629, 104 S. Ct. 819 (1984). But a private settlement agreement is not a record of a judicial proceeding:

> Ordinarily, though, settlement agreements, like most arbitration awards and discovery materials, are private documents, *Union Oil Co. v. Leavell, supra,* 220 F.3d at 568, not judicial records, and so the issue of balancing the interest in promoting settlements by preserving secrecy against the interest in making public materials upon which judicial decisions are based does not arise--there is no judicial decision. Even if the parties reach settlement after suit has been filed, the settlement agreement will not be a judicial record, *B.H. v. McDonald, supra,* 49 F.3d at 300, because the parties will file a stipulation of dismissal pursuant to which the suit will be dismissed without further ado or court action, Fed. R. Civ. P. 41(a)(1)(ii), and the settlement agreement that motivated the stipulation of dismissal will then have the identical status as any other private contract.

*Jessup v. Luther,* 277 F.3d 926, 928, (7th Cir. 2002) (citations omitted).

Exhibits 1 – 17, 18, and 20 of the State Court Complaint (pages 35 – 102, 125 – 129, 175, 176, and 179) as well as Plaintiff's Affidavit in support of Complaint (170 – 172) are documents that are largely false and disparaging as to Defendant Schmidt. Pursuant to paragraph 5 of the Settlement Agreement, Plaintiff is prohibited from further publication of videos, statements, writings or recordings of certain third parties regarding or relating to disparaging allegations against Brian Schmidt. Plaintiff appears to be using the filing of his complaint and his supporting affidavit and exhibits as a vehicle to publish exhibits that would violate paragraph 5 of the agreement, and once publicly filed, they are published and cannot be unpublished. Publication of these materials would defeat the purpose of the Settlement Agreement. These exhibits contain false, highly personal disparaging, defamatory, and sensitive information, and they should be shielded from public view. There is good cause to seal these records.

Dated this 11th day of September, 2026.

STADLER SACKS LLC
Attorneys for Defendant Brian Schmidt

By: /s/ *Ronald S. Stadler*
Ronald S. Stadler
State Bar No. 1017450
Jonathan E. Sacks
State Bar No. 1103204

303 - B North Main Street
West Bend, WI 53095
telephone: 262-304-0610
e-mail: jes@stadlersacks.com
rss@stadlersacks.com

GORDON REES SCULLY
MANSUKHANI, LLP
Attorneys for Defendant, Robert Mihelich

By: /s/ *Jennifer L. Williams*
Jennifer Williams
State Bar No. 1058087

500 West Silver Spring Drive, Suite K270
Glendale, WI 53217
Tel: (414) 488-3999
Fax: (920) 471-1342
jlwilliams@grsm.com