UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOHN J. BRYLSKI,

Plaintiff,

v. Case No.: 26-cv-945

BRIAN SCHMIDT, and
ROBERT M. MIHELICH,

Defendants.

---

**NOTICE OF REMOVAL OF ACTION**

---

Defendants, Brian Schmidt, by his attorneys, Stadler Sacks LLC, and Robert M. Mihelich, by his attorneys, Gordon Rees Scully Mansukhani, LLP, respectfully submit this Notice of Removal of Action (the "Notice") to the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. §§ 1441 and 1446. In support of this Notice, Defendants state as follows:

1. On August 12, 2026, Plaintiff initiated this civil action by filing a Complaint in the Circuit Court of Price County, State of Wisconsin (the "State Court Action").

2. Pursuant to 28 U.S.C § 1446, complete copies of the pleadings and other papers in the State Court Action are attached hereto as Exhibit A.

3. Defendant, Brain Schmidt, the Sheriff of Price County, was served with a copy of the Summons and Complaint on August 19, 2026.

4. Robert Mihelich was served with a copy of the Summons and Complaint on August 24, 2026.

5. As of the filing of the Notice, Plaintiff has filed an Amended Complaint. The parties have also filed motions to file documents under seal.

6. Pursuant to 28 U.S.C. § 1446(b), this Notice is timely filed as Defendants have filed within 30 days of the receipt of the Complaint.

7. The State Court Action centers around Plaintiff's disputes about a settlement agreement he entered into with Sheriff Schmidt to resolve a prior state court defamation action brought by Sheriff Schmidt against Plaintiff. Robert Mihelich was Sheriff Schmidt's attorney in that case.

8. The State Court Action alleges causes of action under the Federal laws and Constitution of the United States. Specifically, it alleges a claim under the First Amendment to the United States Constitution and 42 U.S.C. § 1983. The State Court Action also raises claims under Wisconsin State common law.

9. This action may be removed to this Court pursuant to 28 U.S.C. § 1441 because the State Court Action alleges a claim arising under the Federal laws of the United States (42 USC § 1983) and the Court may take supplemental jurisdiction of the state law claims. 28 U.S.C. § 1331.

10. Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removal of the State Court Action to this Court is appropriate.

11. Venue in the Western District of Wisconsin is proper under 28 U.S.C. § 1446(a) because the State Court Action is pending in the Circuit Court of Price County, Wisconsin. This Court is the district embracing the place where the State Court Action is pending. 28 U.S.C. § 1446(a).

12. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notie is being served on Plaintiff via the Wisconsin Circuit Court eFiling system.

13. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice is being promptly filed in the State Court Action. Such notice is being filed via the Wisconsin Circuit Court eFiling system.

14. All Defendants in this action have consented to removal to this Court.

15. Defendants reserve the right to amend or supplement the Notice.

WHEREFORE, Defendants give notice that the State Court Action is hereby removed from the Circuit Court of Price County to this Court.

Dated this ___ Day of September, 2026.

STADLER SACKS LLC
Attorneys for Defendant, Brian Schmidt

By: /s/ *Ronald S. Stadler*
Jonathan E. Sacks
State Bar No. 1103204
Ronald S. Stadler
State Bar No. 1017450

303 North Main Street
West Bend, WI 53095
Telephone: 262-304-0610
e-mail: jes@stadlersacks.com
rss@stadlersacks.com

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys for Defendant, Robert Mihelich

By: /s/ *Jennifer L. Willaims*
Jennifer Williams
State Bar #1058087

500 West Silver Spring Drive, Suite K270
Glendale, WI 53217
Tel: (414) 488-3999
Fax: (920) 471-1342
jlwilliams@grsm.com