UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOHN J. BRYLSKI,

Plaintiff,

v. Case No.: 26-CV-945

BRIAN SCHMIDT, and
ROBERT M. MIHELICH,

Defendants.

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Jonathan E. Sacks of Stadler Sacks LLC hereby enters an appearance on behalf of Defendant, Brian Schmidt, in this action. All pleadings and other documents should be served upon him by ECF.

Dated this 14th Day of September, 2026.

STADLER SACKS LLC
Attorneys for Defendant, Brian Schmidt

By: /s/ *Jonathan E. Sacks*
Jonathan E. Sacks
State Bar No. 1103204
Ronald S. Stadler
State Bar No. 1017450

303 North Main Street
West Bend, WI 53095
Telephone: 262-304-0610
e-mail: jes@stadlersacks.com
rss@stadlersacks.com