AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin

| | | |
|---|---|---|
| JOHN J BRYLSKI<br>*Plaintiff*<br>v.<br>ROBERT M. MEHLICH, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 26-cv-945 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert M. Mihelich .

Date: 09/16/2026

/s/ Jennifer L. Williams
*Attorney's signature*

Jennifer L. Williams (WI Bar No. 1058087)
*Printed name and bar number*

Gordon Rees Scully Mansukhani, LLP
500 West Silver Spring Drive, Suite K270
Glendale, WI 53217
*Address*

jlwilliams@grsm.com
*E-mail address*

(414) 488-3999
*Telephone number*

(920) 471-1342
*FAX number*