AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

JOHN J BRYLSKI
*Plaintiff*
v.
ROBERT M. MIHELICH, et al.
*Defendant*

Case No. 26-cv-945

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert M. Mihelich .

Date: 09/16/2026

/s/ Veronica G. Edmonds
*Attorney's signature*

Veronica G. Edmonds (Bar No. 90014054)
*Printed name and bar number*

Gordon Rees Scully Mansukhani, LLP
500 West Silver Spring Drive, Suite K270
Glendale, WI 53217
*Address*

vedmonds@grsm.com
*E-mail address*

(414) 488-3999
*Telephone number*

(920) 471-1342
*FAX number*