**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

JOHN J. BRYLSKI,

Plaintiff,

v. Case No. 26-CV-945

BRIAN S. SCHMIDT,
ROBERT M. MIHELICH,

Defendants.

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendant Robert M. Mihelich (hereinafter "Mihelich"), by and through his attorneys, Gordon Rees Scully Mansukhani, LLP, hereby moves for an order dismissing all claims against him pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for which relief may be granted, and states as follows:

1. Plaintiff John J. Brylski (hereinafter "Plaintiff") alleges that Defendant Mihelich abused legal process and intentionally inflicted emotional distress for actions relating to Mihelich's legal representation of Sheriff Brian S. Schmidt in a previous action for libel. [Am. Compl., ECF # 4-1.]
2. Plaintiff alleges that Mihelich unlawfully threatened to depose Plaintiff's spouse in the prior action. [*Id.* ¶ 13.]
3. Plaintiff alleges that Mihelich transmitted a Subpoena Duces Tecum in the prior action. [*Id.* ¶¶ 13–14.]

4. Plaintiff further alleges that Mihelich communicated with witnesses. [*Id.* ¶ 15.]
5. Plaintiff further alleges that Mihelich began corresponding with Plaintiff regarding breaches and enforcement of the settlement agreement this year. [*Id.* ¶¶ 22–27.]
6. Defendant Mihelich seeks dismissal because every act attributed to Mihelich in the amended complaint is conduct that Mihelich engaged in as Sheriff Schmidt's legal representative and is therefore protected by the litigation privilege and immunity afforded to attorneys.
7. Alternatively, Mihelich seeks dismissal because Plaintiff fails to allege plausible facts stating viable legal claims that show Plaintiff is entitled to relief.

WHEREFORE, Defendant Mihelich respectfully requests that the Court:

A. Dismiss all claims asserted against Defendant Mihelich pursuant to Federal Rule of Civil Procedure 12(b)(6);

B. Dismiss with prejudice those claims; and

C. Award such other and further relief the Court deems just and proper.

Respectfully submitted this 18th day of September, 2026.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Veronica G. Edmonds*
Jennifer L. Williams, WI Bar #1058087
Veronica G. Edmonds, D.C. Bar #90014054
500 West Silver Spring Drive, Suite K270
Glendale, WI 53217
Tel: (414) 488-3999
Fax: (920) 471-1342
jlwilliams@grsm.com
vedmonds@grsm.com

*Attorneys for Defendant Robert M. Mihelich*