UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOHN J. BRYLSKI,

Plaintiff,

v. Case No.: 26-CV-945

BRIAN SCHMIDT, and
ROBERT M. MIHELICH,

Defendants.

---

**CERTIFICATE OF SERVICE**

---

The undersigned hereby certifies that on September 18, 2026, using the CM/ECF system on behalf of Defendant, Brian Schmidt, I electronically filed with the Clerk of the Court for the United States District Court Western District of Wisconsin the following document: Defendant's Answer to Amended Complaint and Counterclaim.

Service of this document on the non-ECF participant will be accomplished via U.S. mail on this date:

John J. Brylski
W2275 State Hwy 22
Gillette, WI 54124

/s/ *Ronald S. Stadler*
Ronald S. Stadler