**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

JOHN J. BRYLSKI,

Plaintiff(s),

Case No. 26-cv-00945

v.

ROBERT M. MIHELICH, *et al.*

Defendants.

---

## CERTIFICATE OF SERVICE

---

I hereby certify on September 21, 2026, from One North Wacker, Suite 1600, Chicago, IL 60606, I did here by send via Certified USPS Mail to Plaintiff John J. Brylski, W2275 State Hwy 22, Gillette, WI 54124, the two following documents below:

- ECF 8 – Defendants' Notice of Motion and Motion to Dismiss
- ECF 9 – Brief in Support of Motion to Dismiss

Dated: September 21, 2026

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Veronica G. Edmonds*

Jennifer L. Williams, WI Bar #1058087
Veronica G. Edmonds, D.C. Bar# 90014054
500 West Silver Spring Drive, Suite K270
Glendale, WI 53217
Tel: (414) 488-3999
Fax: (920) 471-1342
jlwilliams@grsm.com
vedmonds@grsm.com
*Attorneys for Defendant, Robert M. Mihelich*