UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN JOHN J. BRYLSKI, Plaintiff, v. Case No. 3:26-cv-00945 BRIAN SCHMIDT, and ROBERT M. MIHELICH, Defendants.

PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY AS A NON-ATTORNEY PRO SE LITIGANT

NOW COMES the Plaintiff, John J. Brylski, appearing pro se, and respectfully moves this Court for an order granting him authorization to utilize the Case Management/Electronic Case Files (CM/ECF) system as a non-attorney filer in the above-captioned matter.

In support of this motion, Plaintiff states as follows:

1. On August 12, 2026, Plaintiff initiated this action in the Circuit Court of Price County, Wisconsin (Case No. 2026CV000108).

2. On September 11, 2026, Defendants jointly filed a Notice of Removal of Action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, based on Federal Question Jurisdiction (Count IV alleging First Amendment Retaliation under 42 U.S.C. § 1983).

3. Plaintiff is an unrepresented individual proceeding pro se, placing him within the definition of a "Non-Attorney Filer" under the Western District of Wisconsin Electronic Filing Procedures.

4. This complex civil action contains multiple state common law and federal constitutional claims, extensive underlying state court records, and a high volume of time-sensitive litigation documents that will require prompt service and response.

5. Processing and exchanging these voluminous documents exclusively via physical United States Postal Service mail would create severe administrative friction, generate undue transit delays, increase costs for all litigants, and place Plaintiff at a distinct operational disadvantage regarding federal litigation timelines.

6. Plaintiff possesses the technical hardware, stable infrastructure, and software capabilities required to successfully navigate and maintain a non-attorney CM/ECF account. Specifically, Plaintiff affirms that he has: a. Regular, dependable access to a secure, high-speed internet connection; b. A personal, dedicated electronic mail account that is monitored daily; c. Clear knowledge of and capacity to utilize text-searchable Portable Document Format (PDF) files; and d. The ability to safely compress, scan, format, and upload documents in strict compliance with Western District of Wisconsin Local Rule 5.1.

7. Plaintiff acknowledges that if granted access, he remains personally bound by all local rules, electronic security parameters, federal privacy redaction requirements under Fed. R. Civ. P. 5.2, and standard technical procedures implemented by the Clerk of Court.

WHEREFORE, Plaintiff John J. Brylski respectfully requests that this Court enter an order granting him electronic filing access via the CM/ECF system for the duration of this action. Dated this _____ day of September, 15 2026. Respectfully submitted, September 15 2026 John J. Brylski, Plaintiff Pro Se W2275 State Hwy 22 Gillett, WI 54124 Telephone: 920-540-2118 Email: jasnowshoe@aol.com

9-15-26

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
SEP 21 2026
FILED/REC'D
CLERK OF COURT