John Bryski
W2275 STATE HWY 22
Gillett, WI 54124

GREEN BAY WI 543
18 SEP 2026 AM 1 L

UNITED STATES OF AMERICA
FOREVER/USA

SCANNED

CLERK OF COURT
United STATES DISTRICT COURT
120 N. Henry STreeT, Room 320
MADISON, WI 53703

53703-430499