IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

FILED/REC'D
2026 SEP 25 A 11: 44
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

JOHN J. BRYLSKI,
Plaintiff,
v.
BRIAN SCHMIDT and ROBERT M. MIHELICH,
Defendants.

CASE NO. 3:26-cv-00945-jdp

PLAINTIFF'S INDEX OF EXHIBITS TO ANSWER TO COUNTERCLAIM

Exhibit Number: EXHIBIT 21
Document Description: True and Correct Copy of Email Correspondence Chain from Plaintiff John J. Brylski to Defendant Attorney Robert M. Mihelich revoking tentative assent and detailing written objections to Settlement Provision No. 7 / Exhibit A.
Date of Document: July 23, 2024

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CASE NO. 3:26-cv-00945-jdp

PLAINTIFF'S EXHIBIT 21

DESCRIPTION: EMAIL CORRESPONDENCE SENT BY PLAINTIFF JOHN J. BRYLSKI TO DEFENDANT ATTORNEY ROBERT M. MIHELICH ON JULY 23, 2024, AT 5:55 PM AND 8:38 PM, INCORPORATING DEFENDANT'S RESPONSE AT 8:59 PM.