4. Awarding Plaintiff John J. Brylski his actual reasonable costs, filing fees, disbursements, and litigation expenses incurred in defending against these counterclaims, pursuant to Paragraph 17 of the agreement and the Court's equitable authority; and
5. Granting such other and further relief as this Court may deem just, proper, and equitable.

Dated this 21st Day of September, 2026.

Respectfully submitted,

September 21 2026

John J. Brylski, Plaintiff Pro Se
W2275 State Hwy 22
Gillett, WI 54124
Telephone: 920-540-2118
Email: jasnowshoe@aol.com

CERTIFICATE OF SERVICE

I, John J. Brylski, declare under penalty of perjury under the laws of the United States of America that I am the Plaintiff proceeding Pro Se in the above-captioned matter, and that my physical residential and mailing address is W2275 State Hwy 22, Gillett, WI 54124.

I hereby certify that on or before October 9, 2026, I caused a true and correct paper copy of the foregoing Plaintiff's Answer, Affirmative Defenses, and Responses to Defendant Brian Schmidt's Counterclaim, along with all attached exhibits (Exhibit 21), to be served upon the following counsel of record by depositing the same in the United States Mail at Gillett,

Wisconsin, enclosed in a sealed envelope with first-class postage fully prepaid, addressed as follows:

Attorneys for Defendant and Counterclaim Plaintiff Brian Schmidt:
Ronald S. Stadler / Jonathan E. Sacks
Stadler Sacks LLC
303 North Main Street
West Bend, WI 53095

Attorneys for Defendant Robert M. Mihelich:
Jennifer Williams / Veronica Edmonds
Gordon Rees Scully Mansukhani, LLP
111 Sheldon Boulevard SE, Suite 600
Grand Rapids, MI 49503

I further certify that on the same date, the original untampered paper copy of this complete filing package was dispatched via the United States Postal Service, first-class postage prepaid, for delivery and formal filing to the Clerk of Court for the United States District Court for the Western District of Wisconsin, located at 120 N. Henry Street, Room 320, Madison, WI 53703.

Dated this 22 day of SEPTEMBER, 2026.

Respectfully submitted,

______________________________

John J. Brylski, Plaintiff Pro Se