ROM:

JOHN Brylski
W2275 STATE HWY 22
Gillett, WI 54124

7022 3330 0000 5056 0721

UNITED STATES POSTAL SERVICE

53703

RDC 99

FCM LG ENV
GILLETT, WI 54124
SEP 22, 2026

$13.34

S2324N504092-07

TO:

Clerk OF COURT
USA DISTRICT COURT FOR WESTERN OF WISCONSIN
120 N. Henry ST. Room 320
MADISON, WI 53703

SCANNED

oto Document Mailer