U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
SEP 29 2026
FILED/REC'D
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN J. BRYLSKI, Plaintiff,
v. CASE NO.: 3:26-cv-00945-JDP
BRIAN SCHMIDT and Chief Judge James D. Peterson
ROBERT M. MIHELICH, Defendants. Magistrate Judge Anita Marie Boor

September 25, 2026

**Office of the Clerk**

United States District Court for the Western District of Wisconsin

120 N. Henry Street, Room 320

Madison, WI 53703

**RE: Brylski v. Schmidt, et al., Case No. 3:26-cv-00945-JDP**

**Submission of Plaintiff's Brief in Opposition to Defendant Mihelich's Motion to Dismiss**

Dear Clerk of Court,

I am the Plaintiff in the above-referenced matter, proceeding pro se. Enclosed for filing with the Court please find the following original documents:

1. **Plaintiff's Brief in Opposition to Defendant Robert M. Mihelich's Motion to Dismiss**
2. **Certificate of Service**

Please file these original documents on the electronic docket for this matter. I have additionally enclosed an extra copy of this cover letter along with a self-addressed, stamped envelope. Please conform-stamp the extra copy of the letter and return it to me for my records.

By copy of this transmittal and the attached Certificate of Service, all counsel of record have been served via first-class United States Mail. Thank you for your assistance in processing this filing.

Sincerely,

**John J. Brylski**, Plaintiff Pro Se
W2275 State Hwy 22
Gillet, WI 54124
Telephone: 920-540-2118
Email: jasnowshoe@aol.com