U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
SEP 29 2026
FILED/REC'D
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN J. BRYLSKI, Plaintiff,
v. CASE NO.: 3:26-cv-00945-JDP
BRIAN SCHMIDT and Chief Judge James D. Peterson
ROBERT M. MIHELICH, Defendants. Magistrate Judge Anita Marie Boor

**CERTIFICATE OF SERVICE**

I, John J. Brylski, proceeding Pro Se, hereby certify that on this 25th day of September, 2026, I served a true and correct copy of the attached **Plaintiff's Brief in Opposition to Defendant Robert M. Mihelich's Motion to Dismiss** upon the following defense counsel of record by depositing the same in the United States Mail, first-class postage prepaid, addressed as follows:

**Attorneys Ronald S. Stadler & Jonathan Edward Sacks**

Stadler Sacks LLC

N19 W24400 Riverwood Dr., Suite 350

Waukesha, WI 53188

*Counsel for Defendant Brian S. Schmidt*

**Attorneys Veronica Edmonds & Jennifer Williams**

Gordon Rees Scully Mansukhani, LLP

111 E. Kilbourn Ave., Suite 1250

Milwaukee, WI 53202

*Counsel for Defendant Robert M. Mihelich*

I declare under penalty of perjury under the laws of the State of Wisconsin and the United States of America that the foregoing statements are true and correct.

Dated this 25th day of September, 2026.

Respectfully submitted,

**John J. Brylski**, Plaintiff Pro Se
W2275 State Hwy 22
Gillet, WI 54124
Telephone: 920-540-2118
Email: jasnowshoe@aol.com