W 2275 STAR HWY 22
Gillett, WI 54124

CERTIFIED MAIL

7022 3330 0000 5056 4415

Retail

UNITED STATES POSTAL SERVICE

53703

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
GILLETT, WI 54124
SEP 25, 2026

$12.47

S2324N504092-87

SCANNED

Clerk OF COURTS
USA DISTRICT COURT
FOR WESTERN DISTRICT OF WISCONSIN
120 N. HENRY STREET, ROOM 320
MADISON, WI 53703