UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN
JOHN J. BRYLSKI, Plaintiff, v. Case No. 3:26-cv-00945-jdp BRIAN SCHMIDT, et al., Defendants.

---

PLAINTIFF'S NOTICE OF SUPPLEMENTAL EXHIBIT IN SUPPORT OF OPPOSITION TO DEFENDANT MIHELICH'S MOTION TO DISMISS AND RESPONSE TO COUNTERCLAIMS

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
OCT - 5 2026
FILED/REC'D
CLERK OF COURT

---

TO: THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD PLEASE TAKE NOTICE that the Plaintiff, John J. Brylski, proceeding pro se, hereby respectfully submits and files the attached email correspondence from Price County District Attorney Alexis N. Nash, designated as "Plaintiff's Exhibit 23," into the official record of this action. This supplemental exhibit is highly relevant to the active claims and defenses currently pending before the Court. Specifically, Exhibit 23 provides direct, unedited documentary proof that the criminal complaints and official misconduct evidence submitted by the Plaintiff against Defendants Schmidt and Mihelich have been officially processed by the State, resulting in an active determination to refer the matter to an "out of county" Special Prosecutor for independent criminal review. This document directly refutes the Defendants' assertions that the Plaintiff's allegations are malicious or frivolous, and establishes that the claims are anchored in substantial, verifiable public concern.

Dated this 30th day of September, 2026. Respectfully submitted,
_____________________________________ John J. Brylski, Plaintiff Pro Se W2275 State Hwy 22 Gillett, WI 54124 920-540-2118 | jasnowshoe@aol.com