U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
OCT - 5 2026
FILED/REC'D
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN J. BRYLSKI,

Plaintiff,

v. Case No. 3:26-cv-00945-jdp

BRIAN SCHMIDT, and
ROBERT M. MIHELICH,

Defendants.

---

PLAINTIFF'S NOTICE OF SUPPLEMENTAL EXHIBITS 22 AND 23
IN SUPPORT OF OPPOSITION TO DEFENDANT MIHELICH'S MOTION TO DISMISS
AND RESPONSE TO COUNTERCLAIMS

---

NOW COMES the Plaintiff, John J. Brylski, proceeding pro se, and respectfully submits this Notice of Supplemental Exhibits in support of his pending Opposition to Defendant Mihelich's Motion to Dismiss and his Response to Defendants' Counterclaims.

Plaintiff hereby attaches and files the following documentary evidence into the official record of this action:

1. PLAINTIFF'S EXHIBIT 22: Email correspondence dated July 28, 2024, demonstrating immediate contract mitigation measures and identifying fabricated terms by Co-Defendant Mihelich.

2. PLAINTIFF'S EXHIBIT 23: Email correspondence dated September 23, 2026, from Price County District Attorney Alexis N. Nash, officially confirming that the criminal complaints and

official misconduct evidence submitted by Plaintiff have been processed and referred to an "out of county" Special Prosecutor for independent criminal review.

These supplemental exhibits provide direct, unedited documentary proof relevant to the active claims and defenses currently pending before this Court, directly refuting the Defendants' assertions that the Plaintiff's allegations are malicious or frivolous.

Dated this 1st day of October, 2026.

Respectfully submitted,

______________________________

John J. Brylski, Plaintiff Pro Se
W2275 State Hwy 22
Gillett, WI 54124
920-540-2118
jasnowshoe@aol.com