## Re: Tammy Hastings post

EXHIBIT 22

**From:** John Brylski <jasnowshoe@aol.com>
**To:** Robert Mihelich
**Date:** Jul 28, 2024, 5:47 PM

Sorry I thought you said if someone posted I just couldnt comment It is deleted I will watch this closely. Brylski

On Sunday, July 28, 2024 at 09:15:53 AM CDT, Robert Mihelich <attyrmm@bizwi.rr.com> wrote:

> John,
>
> I see that Tammy Hastings has made a posting on your Facebook page making allegations about my client. This is in violation of the settlement agreement paragraph 6E. That paragraph prevents you from directly or indirectly allowing Tammy Hastings to post disparaging comments about sheriff Schmidt. Ms. Hastings posting implies that Schmidt engaged in improper conduct. This is not in the spirit of the settlement agreement. Please immediately delete Miss Hastings's posting and prevent her from posting anything ever again that is similar in nature. Please confirm with me that you've taken such actions. Unless you've done so we will be forced to file an action for an injunction pursuant to the settlement agreement.
>
> Sincerely,
>
> Bob Mihelich
> Sent from my iPhone