**To:** Nash, Alexis N. <Alexis.Nash@da.wi.gov>
**Subject:** My complaint concerning Schmidt and Mihelich

EXHIBIT
23

You don't often get email from jasnowshoe@aol.com. Learn why this is important

John Brylski I sent you my complaint 9-09-26 and you received it on 9-11-26 the envelope was marked confidential for you. It contained info needed including 20 Exhibits for you to review and take the necessary action for it to be investigated.

FORMAL CRIMINAL COMPLAINT & REQUEST :

COMPLAINANT: John J. Brylski W2275 State Hwy 22 Gillette WI 54124 Tel 920-540-2118
jasnowshoe@aol.com

SUSPECTS: Sheriff Brian S. Schmidt, Price County Sheriff (Acting in official and individual capacities)
Attorney Robert Mihelich, Legal Counsel Law Offices of Robert M. Mihelich 2665 S. Moorland Rd, Suite 200 New Berlin, WI 53151

District Attorney Alexis N. Nash please let me know about the status of this complaint.

Sincerely John Brylski

# RE: My complaint concerning Schmidt and Mihelich

**From:** Nash, Alexis N. <Alexis.Nash@da.wi.gov>
**To:** John Brylski
**Date:** Sep 23, 2026, 10:48 AM

Mr. Brylski, this matter may likely be taken over by an "out of county" Special Prosector for review. My office will update you on the status of your complaint as soon as we have more information. Thank you for your patience.

Alexis N. Nash

District Attorney | Price County

126 Cherry Street, Ste. 207 | Phillips, WI 54555

Phone: +1 715.339.3095 | Fax: 715.339.3051

***Please Note: This is a transmission from the Price County District Attorney's Office and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you received this transmission in error, please destroy it and notify us immediately at our telephone number (715)339-3095.*

**From:** John Brylski <jasnowshoe@aol.com>
**Sent:** Wednesday, September 23, 2026 10:09 AM