UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN
JOHN J BRYLSKI, Plaintiff, v. Case No. 3:26-cv-00945-jdp BRIAN SCHMIDT, et al., Defendants.

---

PLAINTIFF'S SUPPLEMENTAL CERTIFICATE OF SERVICE

________________________________________________ I,

John J. Brylski, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that on September 30, 2026, I served true and correct copies of the following documents: 1. Plaintiff's Notice of Supplemental Exhibit in Support of Opposition to Defendant Mihelich's Motion to Dismiss and Response to Counterclaims (Plaintiff's Exhibit 22 - Email Correspondence dated July 28, 2024); and 2. Plaintiff's Notice of Supplemental Exhibit in Support of Opposition to Defendant Mihelich's Motion to Dismiss and Response to Counterclaims (Plaintiff's Exhibit 23 - Email Correspondence from Price County District Attorney Alexis N. Nash dated September 23, 2026). upon the following counsel of record by placing the same in sealed envelopes, with first-class postage fully prepaid, and depositing them in the United States Mail stream at the United States Post Office in Gillett, Wisconsin, addressed as follows: Counsel for Defendant/Counterclaim Plaintiff Sheriff Brian Schmidt: Attorneys Ronald S. Stadler / Jonathan E. Sacks Stadler Sacks LLC 303 North Main Street West Bend, WI 53095 Counsel for Defendant Attorney Robert M. Mihelich: Attorneys Jennifer Williams / Veronica Edmonds Gordon Rees Scully Mansukhani, LLP 111 Sheldon Boulevard SE, Suite 600 Grand Rapids, MI 49503 Dated this 30th day of September, 2026. Respectfully submitted,____________________

John J. Brylski, Plaintiff Pro Se W2275 State Hwy 22 Gillett, WI 54124 920-540-2118 | jasnowshoe@aol.com

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
OCT - 5 2026
FILED/REC'D
CLERK OF COURT