JOHN BRYLSKI
W 2275 STATE HWY 22
Gillett, WI 54124

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

7022 3330 0000 5055 7530

Retail

UNITED STATES POSTAL SERVICE®

RDC 99

53703

U.S. POSTAGE PAID
FCM LG ENV
GILLETT, WI 54124
OCT 01, 2026

$12.18

S2324N504092-04

CLERK OF COURT

US DISTRICT COURT FOR THE WESTERN DISTRICT OF WI
120 N. Henry ST. Room 320
MADISON, WI 53703