UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN J. BRYLSKI,
Plaintiff,
v. CASE NO. 3:26-cv-00945-jdp
PRICE COUNTY SHERIFF BRIAN SCHMIDT, et al.,
Defendants.

---

PLAINTIFF'S NOTICE OF SUPPLEMENTAL EVIDENCE (EXHIBIT 24) IN ADVANCE OF THE OCTOBER 28, 2026 PRETRIAL CONFERENCE

---

NOW COMES the Plaintiff Pro Se, John J. Brylski, and respectfully submits this Notice of Supplemental Evidence to the Court. This filing introduces **Supplemental Exhibit 24**, which consists of a contemporaneous, written electronic communication received by Plaintiff on **October 22, 2026**, from primary defense witness and victim **Tammy Hastings**.

This supplemental evidence carries immense procedural weight for the upcoming **October 28, 2026 Telephone Pretrial Scheduling Conference** because it completely refutes the factual assertions made by Defendant Attorney Robert M. Mihelich in his July 23, 2024 settlement threat letter (**Exhibit 3**). In that threat letter, Mihelich explicitly claimed under color of law that Ms. Hastings admitted to a "consensual relationship" with Sheriff Schmidt.

In **Exhibit 24**, Ms. Hastings states unequivocally under her own name: **"I never said that to Schmidt or his lawyer that we had a consensual sexual interaction. That is a lie."** Furthermore, when explicitly asked to verify the details of her original video statement—detailing her confusion and terror when driven to a secluded spot in a squad car and assaulted—Ms. Hastings responded at 7:42 AM: **"That is 100% true. He is a monster."**

This newly acquired evidence provides critical leverage to the Court regarding the pending discovery stay and the active counterclaims:

1. **Proofs Contractual Fraud & Duress:** It proves that an officer of the court fabricated a factual admission of consent to extort a settlement signature out of a *Pro Se* litigant under a 26-hour exploding deadline, rendering the July 25, 2024 Agreement void *ab initio* [19G].
2. **Establishes Absolute Defense of Truth:** It provides direct, written verification from the victim confirming the substantial truth of Plaintiff’s prior commentary, completely destroying the basis for Sheriff Schmidt's Libel counterclaim [19B].
3. **Documents Ongoing Witness Suppression:** It illustrates a continuous pattern of bad-faith manipulation and intimidation of victims to protect a sitting public official [19K].

Plaintiff respectfully requests that this Court consider **Exhibit 24** alongside the **September 23, 2026 out-of-county criminal referral (Exhibit 23)**, modify or lift the discovery stay, and enter an expedited Scheduling Order to permit immediate depositions regarding these threshold issues of contract formation and official misconduct.

Dated this 22nd day of October, 2026.

Respectfully submitted,

______________________________

John J. Brylski, Plaintiff Pro Se
W2275 State Hwy 22
Gillett,WI 54124
jasnowshoe@aol.com