Document #: 17-1 File

5:52 AM

Good morning, John, Jason and I were reading through your case this morning. I want to remind you that I never said that to Schmidt or his lawyer that we had a consensual sexual interaction. That is a lie. That is his last course of action. He has no other way to answer that. I also have pictures of Brian with OUR grandkids. Matt has these for his records as well. Remember, the consensual crap is what they hit me with the FIRST DAY I reported the assault by Brian Schmidt.

7:02 AM

Yes Tammy I understand stand that all you have to do is watch your video to understand the confusion and terror you felt as he drove you to a secluded spot in his squad and Raped you he is nothing less than monster with a badge as Lisa Talleys mom called him

7:42 AM