Docusign Envelope ID: 7FD384F6-03AA-893F-82AA-C0D0320E1F17


# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN J. BRYLSKI,
Plaintiff,

v. **CASE NO. 3:26-cv-00945-jdp**

PRICE COUNTY SHERIFF BRIAN SCHMIDT, et al.,
Defendants.

---

# SWORN STATUTORY DECLARATION OF TAMMY HASTINGS PURSUANT TO 28 U.S.C. § 1746

---

I, Tammy Hastings, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are completely true and correct based upon my own personal first-hand knowledge:

1. I am an adult resident of the State of Wisconsin, am fully competent to testify to the matters asserted herein, and make this declaration voluntarily.
2. This declaration is executed to provide a truthful, permanent record regarding interactions involving Defendant Price County Sheriff Brian Schmidt and Defendant Attorney Robert M. Mihelich.
3. I have reviewed the contents of a July 23, 2024 settlement threat letter (**Exhibit 3** in this case) sent by Attorney Robert M. Mihelich under color of law, which explicitly asserted that I admitted to having a "consensual relationship" or consensual sexual interaction with Sheriff Brian Schmidt.
4. I state unequivocally, under my own name, that I never stated to Sheriff Schmidt, or to his attorney Robert M. Mihelich, that we had a consensual sexual interaction. Any claim by the defendants or their counsel that our interactions were consensual is an absolute lie.
5. I explicitly verify and reaffirm the absolute, substantial truth of my original disclosures regarding Sheriff Schmidt's official misconduct. It is 100% true that Sheriff Schmidt utilized his official position, authority, and an on-duty squad car to transport me to a secluded location where he subjected me to non-consensual sexual interaction, confusion, and terror.

6. Any civil counterclaims or factual allegations filed by Sheriff Schmidt or Attorney Mihelich on the public record asserting that my interactions with Sheriff Schmidt were consensual, or that Plaintiff John J. Brylski fabricated these accounts, are entirely false and fraudulent.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this _____ day of ___________________, 2026.

Signed by:
Tammy Hastings
B08E77BD0EB3438...

**Tammy Hastings, Declarant**