UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOHN J. BRYLSKI,

Plaintiff,

v. Case No.: 26-cv-945

BRIAN SCHMIDT, and
ROBERT M. MIHELICH,

Defendants.

---

**DECLARATION OF JONATHAN SACKS**

---

Pursuant to 28 U.S.C. § 1746, I hereby declare the following to be true under penalty of perjury.

1. I am an adult resident of the State of Wisconsin.

2. I am an attorney licensed in the State of Wisconsin and admitted to practice before this Court. I represent the Defendant, Brian Schmidt, in the above-captioned matter. I offer the following based upon my personal knowledge.

3. On August 12, 2026, Plaintiff, John Brylski, filed a lawsuit in the Price County Circuit Court. *See* [ECF 1]

4. On August 17, 2026, Plaintiff filed "Plaintiff's First Set of Interrogatories" with the Circuit Court. A true and correct copy of Plaintiff's filed interrogatories are attached as Exhibit A.

5. Plaintiff served this discovery along with the Complaint on Brian Schmidt on August 19, 2026. *See* [ECF 1].

6. On September 11, 2026, all Defendants removed the case to federal court. [ECF 1].

7. On September 16, 2026, my office served Plaintiff with Sheriff Schmidt's responses to his First Set of Interrogatories. A true and correct copy of the email correspondence and responses are attached as Exhibit B.

8. The same day, Plaintiff responded by email asserting purported deficiencies with these discovery responses. A true and correct copy of Plaintiff's September 16, 2026 email is attached as Exhibit C. Plaintiff indicated that the response was deficient because he did not receive a copy of the applicable insurance policy referenced in the answers to his interrogatories. *See id.*

9. On September 17, 2026, I emailed Plaintiff, explaining that although he did not request production of the applicable insurance agreement, we would be willing to request the policy and produce it to him upon receipt. A true and correct copy of my September 17, 2026 email is attached as Exhibit D.

10. Later that day, Plaintiff responded by email and appeared to be satisfied with our willingness to provide him with the insurance policy pursuant to his email request. A true and correct copy of Plaintiff's September 17, 2026 email is attached as Exhibit E.

11. On September 24, 2026, I provided Plaintiff with the applicable insurance policy. A true and correct copy of the email correspondence and insurance policy are attached as Exhibit F.

12. On September 25, 2026, Plaintiff sent an email, asserting that the copy of the insurance policy that had been produced was in some way deficient. A true and correct copy of Plaintiff's email is attached as Exhibit G.

13. On September 25, 2026, I responded to Plaintiff's email, stating that we provided him a certified copy of the insurance policy that provided coverage for Sheriff Schmidt in this case as a courtesy without a request to produce. I also provided Plaintiff with a copy of the Court's

notice regarding the telephone pretrial conference and the Court's order that the parties are not required to provide each other with initial disclosures. Finally, I shared our position that there was no basis for filing a motion to compel. A true and correct copy of my September 25, 2026 email is attached as Exhibit H.

14. My office did not receive any other correspondence from Plaintiff related to discovery responses or the insurance policy until the filing of his motion to compel on October 29, 2026.

15. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated this 30th day of October 2026.

/s/ *Jonathan Sacks*
Jonathan Sacks