Exhibit A

FILED
08-17-2026
Clerk of Circuit Court
Price County, WI
2026CV000108

STATE OF WISCONSIN : CIRCUIT COURT : PRICE COUNTYJOHN J. BRYLSKI, Plaintiff,

v.

PLAINTIFF'S
FIRST SET OF INTERROGATORIES PRICE COUNTY SHERIFF BRIAN S. SCHMIDT, et al.,

TO DEFENDANTS Defendants. Case No: 26-CV-108Classification Code: 30106 (Intentional Tort)

TO: Defendant Price County Sheriff Brian S. Schmidt, Defendant Attorney Robert M. Mihelich, and their designated counsel of record. PLEASE TAKE NOTICE that Plaintiff John J. Brylski, appearing Pro Se, hereby requests that Defendants answer the following Interrogatories separately, fully, and under oath, pursuant to Wis. Stat. § 804.08, within thirty (30) days of service.

INSTRUCTIONS AND DEFINITIONS" You," "Your," or "Defendants" refers to Brian S. Schmidt, Robert M. Mihelich, Price County, and any agents, insurers, or representatives acting on their behalf. If you object to any interrogatory or part thereof, state the precise legal basis for the objection and answer the remainder of the interrogatory.

INTERROGATORY NO. 1: State whether Price County, its municipal insurance pool, or any public taxpayer-funded entity is currently paying, authorizing, or indemnifying any portion of the legal fees, hourly rates, or costs incurred by Defendant Attorney Robert M. Mihelich or his law firm in defending against Case No. 26-CV-108.

INTERROGATORY NO. 2: If the answer to Interrogatory No. 1 is in the affirmative, identify the specific statutory provision, county board resolution, or insurance policy clause under which Price County has authorized the expenditure of public taxpayer funds for a private attorney sued in his individual capacity.

INTERROGATORY NO. 3: State whether Price County or its legal counsel (such as Slaby Deda LLP / Bryce Schoenborn) has issued a "Reservation of Rights" or any conditional defense agreement to Defendant Sheriff Brian S. Schmidt regarding the individual capacity intentional tort claims (Abuse of Process and IIED) or the federal 42 U.S.C. § 1983 civil rights claims detailed in the Complaint. INTERROGATORY

NO. 4: Identify by name, business address, and billing relationship any and all insurance carriers, third-party administrators, or public risk management pools currently funding the legal defense for any named Defendant in this active matter.

Dated this 14th day of August, 2026.Respectfully submitted,

CONFIDENTIAL

John J. Brylski, Plaintiff Pro Se
W2275 State Hwy 22Gillette, WI 54124

CONFIDENTIAL