Exhibit E

**Jonathan Sacks**

| | |
|---|---|
| **From:** | John Brylski <jasnowshoe@aol.com> |
| **Sent:** | Thursday, September 17, 2026 10:20 AM |
| **To:** | Jonathan Sacks |
| **Subject:** | Reply to your last on Good Faith Meet-and-Confer Regarding Discovery |

Dear Attorney Sacks, Thank you for your prompt response and for agreeing to provide the applicable Wisconsin County Mutual Insurance Corporation policy. I appreciate your willingness to request and produce these materials. I will mark my files to reflect that the Defendant has agreed to produce the complete policy and declaration pages upon receipt, resolving this specific discovery issue without the need for judicial intervention. Please update me as soon as the documents are received from the carrier. Sincerely,

John J. Brylski Plaintiff, Pro Se