7:42 AM

That is 100% true. He is a monster. The pain he has caused so many people is innumerable.