WISCONSIN county MUTUAL

EXHIBIT 1

1 of 9

September 24, 2026

Stadler Sacks LLC
Attorney Jonathan Sacks
303-B North Main Street
West Bend, WI 53095

Re: John Byrlski v Price County
Claim No: 300.79044
DOL: 7-25-24

I formally submit that the enclosed is a true, accurate, and certified copy of the liability insurance policy issued to Price County for the year January 1, 2024 to January 1, 2025.

Signed and dated this 24th day of September, 2026.

Brian Knee
WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION

SHEILA BISER NOTARY PUBLIC STATE OF WISCONSIN

Subscribed and sworn to before me this
24th day of September, 2026.

Notary Public, State of Wisconsin
My Commission expires: 6-13-30