UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOHN J. BRYLSKI,

Plaintiff,

v. Case No.: 26-cv-945

BRIAN SCHMIDT, and
ROBERT M. MIHELICH,

Defendants.

---

**CERTIFICATION OF SHEILA BISEK**

---

I, Sheila Bisek, pursuant to the Court's November 2, 2026, Text Only Order [ECF 26], hereby certify the following to be true under penalty of perjury.

1. I am an adult resident of the State of Wisconsin.

2. I am the Litigation Case Manager for Wisconsin County Mutual Insurance Corporation (WCMIC) assigned to this case, *John Brylski v. Brian Schmidt, et al.*, Case No. 26-cv-945 (W.D. Wis.). I offer the following based upon my personal knowledge.

3. I certify that the WCMIC insurance policy filed in this case as Exhibit F to the Declaration of Jonathan Sacks [ECF 23-6] is a complete and correct certified copy of the only insurance policy providing coverage to Defendant, Brian Schmidt, in this action. No documents are being withheld or redacted.

4. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated this 2nd day of November 2026.

/s/ *Sheila Bisek*
Sheila Bisek