UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOHN J. BRYLSKI,

Plaintiff,

v. Case No.:

BRIAN SCHMIDT, and
ROBERT M. MIHELICH,

Defendants.

---

**DECLARATION OF JONATHAN SACKS**

---

Pursuant to 28 U.S.C. § 1746, I hereby declare the following to be true under penalty of perjury.

1. I am an adult resident of the State of Wisconsin.

2. I am an attorney licensed in the State of Wisconsin and admitted to practice before this Court. I represent the Defendant, Brian Schmidt, in the above-captioned matter. I offer the following based upon my personal knowledge.

3. On November 2, 2026, I emailed Plaintiff the Certification of Shelia Bisek. A true and correct copy of the email correspondence is attached as Exhibit A. A true and correct copy of the Certification of Shelia Bisek was filed by Plaintiff [ECF 28-4].

4. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated this 5th day of November 2026.

/s/ *Jonathan Sacks*
Jonathan Sacks