Exhibit A

**Jonathan Sacks**

| | |
|---|---|
| **From:** | Jonathan Sacks |
| **Sent:** | Monday, November 2, 2026 2:46 PM |
| **To:** | John Brylski; jlwilliams@grsm.com; Ronald Stadler |
| **Subject:** | RE: Defendant Brian Schmidt's First Set of Discovery to Plaintiff and Certification |
| **Attachments:** | Defendant Schmidt - First Set of Discovery to plaintiff 11022026.pdf; Sheila Bisek Certification re WCMIC Policy 11022026.pdf; Activity in Case 3:26-cv-00945-jdp Brylski, John v. Schmidt, Brian et al Text Only Order |

Mr. Brylski attached please find Defendant, Brian Schmidt's first set of interrogatories and requests for production of documents.

Also, pursuant to the Court's Text Only Order, please see the attached Certification of Sheila Bisek, the claims manager for WCMIC. Please note that production is complete with respect for this request and nothing is being withheld.

**JONATHAN SACKS**
Shareholder

Stadler Sacks LLC

Telephone: 262-304-0610
Direct Dial: 262-304-0610, Ext. 2
Email: jes@stadlersacks.com
Website: www.stadlersacks.com

120 North Main Street, Suite 280
West Bend WI 53095

Please take notice of our new address as of October 26, 2026.

120 N. Main Street, Suite 280
West Bend, WI 53095