**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**
**JOHN J. BRYLSKI,**
Plaintiff,
v. **Case No.: 3:26-cv-00945-jdp**
**BRIAN SCHMIDT, and**
**ROBERT M. MIHELICH,**
Defendants.

---

## PLAINTIFF'S NOTICE OF FACTUAL CLARIFICATION REGARDING RESPONSE TO COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 11(b) and his ongoing duty of candor to the Court, Plaintiff *pro se*, John J. Brylski, respectfully submits this brief Notice to clarify a factual statement contained in his prior Answer/Response to Defendants' Counterclaims regarding communications with the press outlet *Wisconsin Watch*.

1. **Clarification of Prior Statement:** In his prior filing, Plaintiff stated that he had zero contact with *Wisconsin Watch* following the execution of the July 25, 2024 Confidential Settlement Agreement. To ensure complete accuracy on the public docket, Plaintiff clarifies that while he did not leak confidential settlement documents to *Wisconsin Watch* to breach the agreement, he has had telephone communication with *Wisconsin Watch* reporter Matthew DeFour in connection with Mr. DeFour's independent journalistic fact-checking and investigation regarding Defendant Brian Schmidt.
2. **Prior Defense Disclosure:** Notably, as documented in **Exhibit 6** (July 10, 2026), defense counsel Robert M. Mihelich had already contacted *Wisconsin Watch* and expressly notified Plaintiff in writing of his intent to provide Mr. DeFour with the terms of the July 25, 2024 Agreement.

Dated this 11th day of November, 2026.

Respectfully submitted,

______________________________
**John J. Brylski**, Plaintiff *Pro Se*

Gillett, WI