AOL Mail | Search your mail or the web | 24/7 Help | Home

Compose

Today on AOL

**Inbox** 1
Unread
Starred
Drafts 177
Sent
Spam
Trash
^ Less

Views Hide
Contacts
Photos
Documents
Unsubscribe
Receipts
Credits
Travel

Folders Hide
+ New Folder
Saved Mail 48
Archive
SavedIMs

← Back | Move | Delete | Spam | ••• M

# Notices of Breach of Confidential Settlement Agreement

Aol/Inbox ★

**Robert Mihelich** Tue, Jul 14 at 6:05 PM ★
**From:** attyrmm@bizwi.r
**To:** John Brylski

2026

Mr. Brylski:

This email follows our telephone conversation today. As I indicated these emails and the attachments were sent to your AOL account, which you confirmed was still active. Nevertheless, I am sending them to this email which you provided today.

Please confirm receipt and contact me immediately to discuss whether you will take the actions outlined to limit the damages resulting from your continuing breach.

My client reserves all rights to take any action required as outlined in these emails.

Sincerely,

Robert M. Mihelich
Law Offices of Robert M. Mihelich
2665 S. Moorland Rd, Suite 200
New Berlin, WI 53151
Office: 262-789-9300 | Cell: 414-617-1356
Youremploymentlawyers.com

This e-mail and any attachments may contain privileged or confidential information. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, distribution, dissemination or action taken in relation to the contents of this e-mail and any of its attachments is strictly prohibited and may be unlawful. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original e-mail and destroy any copies or printouts of this e-mail as well as any attachments. Thank you for your anticipated cooperation.

Download all attachments as a zip file

EM to Brylski... pdf | Brylski Notic... pdf | Brylski Sece... pdf

**Robert Mihelich**
attyrmm@bizwi.rr.com
+ Add to contacts

EXHIBIT 6



Learn more

EXHIBIT 6

1-3

**LAW OFFICE OF ROBERT M. MIHELICH**
2665 S. Moorland Road, Suite 200 | New Berlin, WI 53151
Tel: (262) 789-9300 | Fax: (262) 785-1729 | attyrmm@bizwi.rr.com
*youremploymentlawyers.com*

July 10, 2026

**VIA EMAIL AND U.S. MAIL**

John J. Brylski
N8973 W. Island Road
Phillips, Wisconsin 54555
jasnowshoe@aol.com

**Re:** ***Second Notice of Breach of Confidential Settlement and Release Agreement; Demand for Immediate Corrective Action; Notice of Intent to Seek Emergency Injunctive Relief — Sheriff Brian S. Schmidt v. John Brylski***

Dear Mr. Brylski:

This letter follows my June 29, 2026 correspondence and enclosed Notice of Breach of Confidential Settlement and Release Agreement (the "June 29 Letter"), sent to you by email at the above address and by U.S. Mail. This office writes again to advise you that your breach of the Confidential Settlement and Release Agreement dated July 25, 2024 (the "Agreement") is continuing and has now caused actual harm to Sheriff Schmidt. This letter also constitutes formal demand for the corrective action described below and notice of Sheriff Schmidt's intent to seek emergency injunctive relief if that action is not taken immediately.

**1. Your Failure to Respond**

The June 29 Letter was sent to jasnowshoe@aol.com and specifically requested that you confirm receipt. You received that email. To date, you have not responded to it in any manner — you have not confirmed receipt, provided a current mailing address, responded to the settlement demand, or otherwise communicated with this office. Your continued silence does not relieve you of your obligations under the Agreement, and will be treated as further evidence of your willful disregard of its terms.

**2. Your Continuing Breach of the Express Terms of the Agreement**

As set forth in detail in the June 29 Letter, you have materially breached Paragraph 2 (Confidential Agreement), Paragraph 5 (Mutual Non-Disparagement), and Paragraph 6(e) (No Further Publication of Videos, Statements, Writings or Recordings) of the Agreement. Those breaches are incorporated here by reference. Nothing set forth herein waives or limits any of the breaches previously identified, and this letter should be read together with, and in addition to, the June 29 Letter.

* July 14 2026 4:26pm phone call w/ plaintiff attorney again confirming contacting WI Watch of the existence of the conf settlement agreement.

EXHIBIT 6

2-3

**3. Your Breach Has Already Caused Actual Harm**

On July 9, 2026, this office received correspondence from Matthew DeFour, State Bureau Chief of Wisconsin Watch, responding to a request regarding an interview with Sheriff Schmidt. Mr. DeFour's correspondence specifically quotes and relies upon statements attributed to Lisa Talley — including the quoted statement that Sheriff Schmidt "[is] a predator. He likes a very specific body type, he likes a specific hair color, he likes women that are vulnerable" — which reflect the content of the videotaped statement of Lisa Talley expressly addressed and prohibited from disclosure or reference under Paragraph 6(e) of the Agreement.

The specificity, detail, and sourcing of Mr. DeFour's questions demonstrate that Wisconsin Watch has already obtained and reviewed protected material that could only have come from you, directly or indirectly, in violation of the Agreement. This is no longer a matter of potential or threatened harm — your breach has already caused actual harm to Sheriff Schmidt.

**4. Demand for Immediate Written Notice to Wisconsin Watch**

You are hereby demanded to immediately issue a written demand to Matthew DeFour advising Wisconsin Watch, in writing, that it may not use, publish, broadcast, or otherwise reference or rely upon the videotaped statement of Lisa Talley, the videotaped statement or recording of Tammy Hastings, or any other video, statement, writing, recording, document, or other information that you provided, directly or indirectly, to Mr. DeFour, Dee J. Hall, or any other person associated with Wisconsin Watch. This demand must be satisfied immediately, and in no event later than 5:00 p.m. on July 14, 2026.

**5. Demand for a Copy of Your Letter to Wisconsin Watch**

You are further demanded to provide this office with a true and correct copy of your written demand to Wisconsin Watch described in Paragraph 4 above, immediately upon sending it, and in no event later than 24 hours after it is sent.

**6. Demand for Return and Identification of All Protected Confidential Materials**

You are further demanded to immediately issue a written demand to each and every person and entity to whom you have provided, directly or indirectly, any protected confidential document, video, statement, writing, or recording in breach of the Agreement — including but not limited to Matthew DeFour, Dee J. Hall, Wisconsin Watch, Tammy Hastings, and Lisa Talley and/or Pat Talley or Jack Talley — demanding the immediate return of all such materials and all copies thereof.

You are further demanded to identify, in writing to this office, the date on which each such disclosure was made and the identity of each person or entity to whom such protected confidential material was provided, whether directly or indirectly. This demand must be satisfied within the same timeframe set forth in Paragraph 4 above.

**7. Notice That This Office Will Advise Wisconsin Watch of the Agreement**

Please be advised that this office will separately be providing Wisconsin Watch and Mr. DeFour with the relevant terms of the Agreement, for the purpose of formally advising Wisconsin Watch of (a) the existence of the Agreement, (b) Sheriff Schmidt's intent to enforce its terms, and (c) that in the event Wisconsin Watch publishes, broadcasts, or otherwise discloses any of the confidential and protected information covered by the Agreement, Sheriff Schmidt will pursue additional damages against Wisconsin Watch for its intentional interference with the Agreement.

EXHIBIT 6

3-3

**8. Additional Damages Against You**

In addition to the damages already demanded in the June 29 Letter, Sheriff Schmidt will seek additional damages against you arising from your breach of the Agreement, including but not limited to damages for reputational harm and infliction of emotional distress.

**9. Notice of Intent to File Suit and Seek Emergency Injunctive Relief**

Unless the demands set forth in this letter are immediately satisfied, Sheriff Schmidt will file suit against you and will seek emergency injunctive relief, including a temporary restraining order, to prevent the further release, publication, or dissemination of the confidential and protected information covered by the Agreement.

**10. Notice Regarding Use of This and All Prior Correspondence**

Please be further advised that all correspondence sent by this office to you, including the June 29 Letter and this letter, will be filed with the emergency motion for a temporary restraining order described above, together with a copy of the Confidential Settlement and Release Agreement itself.

**11. Demand That You Contact This Office Immediately**

Given the urgency of this matter and the harm that has already occurred, you are directed to contact this office immediately to address it. This is a serious matter with significant legal and financial consequences to you, and your continued silence will be treated as a further breach and further evidence of bad faith.

Nothing in this letter shall constitute a waiver of any rights or remedies available to Sheriff Schmidt, all of which are expressly reserved.

Very truly yours,

Robert Mihelich

Robert M. Mihelich

cc: Sheriff Brian S. Schmidt

Enclosure: June 29, 2026 Notice of Breach of Confidential Settlement and Release Agreement

Exhibit 6

7-23-24 phone call with attorney Mihelich 8:59 Pm Oral Coercion :

Attorney Mihelich in a angry and accusatory tone stated the following to me from his Tel 414-617-1356 : Again as he has done multiple times threatened to depose my wife Amy who can provide no info toward his case ( She herself has told me she wants no part in the lawsuits) Attorney Mihelich went on to threaten he would sue me for $300,000 after having sent me the email on June 29 2026 threatening to sue me for 25,000. Attorney Mihelich also told me that both Tammy Hastings and Lisa Talley were paying his clients attorney fees telling me they don't care about you. (Note Tammy Hastings and Lisa Talley are both sexual assault victims of his Plaintiff Sheriff Schmidt.