Case: 3:26-cv-00945-jdp Document #: 34-2 Filed: 11/17/26 Page 1 of 21

Wisconsin Watch

JUSTICE & SAFETY

# A Wisconsin sheriff claimed in court he'd never been accused of misconduct. These women say they reported him decades ago.

*A Wisconsin Watch investigation found evidence supporting allegations against Price County Sheriff Brian Schmidt, which he denies.*

by **Matthew DeFour / Wisconsin Watch**
November 17, 2026

Why you can trust Wisconsin Watch




**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

OK

**Reading Time:** 16 minutes

▶ Click here to read highlights from the story

A northern Wisconsin sheriff who sued a political rival for defamation in 2022 claimed in court he had never been accused of misconduct during nearly 35 years in law enforcement.

Now multiple women are coming forward to say they filed complaints decades ago alleging misconduct against Price County Sheriff Brian Schmidt. One woman says he sexually assaulted and impregnated her while on duty as a deputy in 1990. Another says he "groomed" her as a 14-year-old in 1995.

Schmidt, through his attorney, denied the allegations, saying the women aren't credible and there are no records to back up their claims. However, a months-long Wisconsin Watch investigation found evidence supporting their accounts.

The allegations are at the center of the defamation lawsuit in which Schmidt claimed he "has never been disciplined in his position or accused of improper conduct, nor has Sheriff Schmidt been accused of any 'illegal' actions or misconduct during his entire career."

Price County officials say they have no records related to multiple complaints allegedly lodged against Schmidt, including one that led to a formal disciplinary hearing. Wisconsin Watch found that state law and local ordinances almost certainly required the county to retain such disciplinary records.

## ▼ How we reported this story

Wisconsin Watch spent months investigating allegations of misconduct against Price County Sheriff Brian Schmidt when he was a deputy in the 1990s. We interviewed more than 70 people, including women who made allegations, people they confided in and others with knowledge of the incidents. Our reporting took us to Price County and beyond as we reviewed hundreds of pages of court, agency and personnel records, tracked down former county officials and examined the county's legal obligations to retain records.

**Read more about how we reported this story.**

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

19. She told Wisconsin Watch she filed three complaints against Schmidt with the Price County Sheriff's Office in the 1990s, but they went nowhere.

Robert Mihelich, Schmidt's attorney, said the complaints "were either never made or never made known to" Schmidt. Mihelich acknowledged his client's paternity but said the act was consensual.

He said Hastings' past struggles with alcohol, history of police contacts and accusation of sexual assault against a former boyfriend — in a case prosecutors later dropped — undermine her credibility.

Mihelich did not address the allegation that the incident occurred in Schmidt's squad car after he detained the woman for hosting an underage drinking party. He offered no detailed account of the night in question.

Another woman, Suzy Jo Petersen, told Wisconsin Watch that in 1995, when she was a high school freshman, Schmidt detained her in the back seat of his squad car during a traffic stop for more than 30 minutes, touched her leg, told her she was pretty and questioned her choice of friends.



Price County Sheriff Brian Schmidt in 2016. (Price County Sheriff's Office)

The incident, which has not previously been disclosed to the public, led to a disciplinary hearing before a closed Price County Board committee, according to former county officials. A former sheriff said he removed Schmidt as the county's DARE officer, in part, because of that incident. A former HR administrator told Wisconsin Watch she drafted and submitted charges related to the incident, but the county says it can't find any of the records.

Mihelich said Petersen's account is false and offered an alternative description of the incident that conflicts with accounts from 11 people who spoke to Wisconsin Watch.

In a video-recorded 2024 interview with a private investigator, a third woman said that, in the late 1980s and early 1990s, Schmidt began a sexual relationship with her when he was a deputy and she was under the legal age of consent. A transcript of the interview was entered into the defamation lawsuit court record. The woman's mother corroborated some details of her story to Wisconsin Watch, including an alleged incident of physical abuse.

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

Schmidt has refused multiple requests to sit for an interview to tell his side of the story.

"Much of what you have stated as allegations against Mr. Schmidt are false, misleading and fabricated," Mihelich said.




The Price County Sheriff's Office is seen on May 29, 2026, in Phillips, Wis. (Joe Timmerman / Wisconsin Watch)

## Private investigator spreads misconduct claims

Schmidt, a Republican, was first elected sheriff in 2009 and has been reelected four times since in Price County, a Northwoods community of about 14,000. He announced in May that he is retiring when his term expires at the end of the year to spend more time with his family.

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

Brylski had retired to Price County in 2019 and took up investigating cold cases as a hobby. He began researching the 1987 disappearance of Shelly Hansen, which Wisconsin Watch reported on extensively in June. He met with Schmidt and offered to work on the case, but Schmidt declined.

RELATED STORIES




**Nearly 40 years after Shelly Hansen vanished in Wisconsin's Northwoods, unsealed records reveal a hidden suspect**



**How Wisconsin Watch uncovered a long-hidden suspect in a 1987 Northwoods disappearance**

Then, as Brylski talked to former sheriffs and others in the county, he heard rumors about Schmidt's past. He also spoke with several women who accused Schmidt of sexually assaulting or harassing them in the 1990s. Brylski published information and opinions on his social media website about what he was hearing and launched his long-shot sheriff bid.

A month before the 2022 election, Schmidt sued Brylski for defamation. Schmidt's complaint highlighted various claims Brylski made, including that Schmidt had committed misconduct in public office and had fathered a child "under illegal circumstances."

Schmidt categorically denied the allegations in a court filing that claimed he had never been disciplined or

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

"During my interactions with people in the community, I believed that some information may have been misleading because the information was old and was based on hearsay," Brylski wrote. "I have now learned and agree that this information was not accurate. I now understand Sheriff Brian S. Schmidt did not engage in any of the conduct that I accused him of and he has conducted himself honorably as the Sheriff of Price County."

In a subsequent lawsuit filed in August, Brylski disavowed that statement, claiming he was coerced into issuing it. In the new lawsuit, which Schmidt successfully petitioned to move to federal court because it involves First Amendment issues, Brylski reasserted the women's claims.



Tammy Hastings, in 2026. (Joe Timmerman / Wisconsin Watch)

## Woman says she filed three complaints

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

She included details in a May 2026 complaint to the Wisconsin DOJ's Office of Crime Victim Services. Hastings previously recounted her story in a July 2024 video after Brylski subpoenaed her to testify in Schmidt's defamation lawsuit against Brylski. Within two days of Brylski sharing the video with Schmidt's attorney, the parties settled.

Hastings told Wisconsin Watch the first time she met Schmidt was in July 1990 when he showed up at her downtown Phillips apartment in uniform. She said she was drinking while underage with her friends and assumed she was under arrest.

"He claimed to be taking me to the sheriff's department," Hastings wrote to DOJ. "Instead, he drove me to a remote area where he sexually assaulted me."

Hastings told Wisconsin Watch she remembers specific details, including the drive 15 miles southeast of Phillips to a secluded field surrounded by trees where tall grass pressed up against the windows.



**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

"I was really scared, and it was dark out. I remember taking that highway and just being terrified about where we were going," Hastings said in the video she recorded in response to the defamation lawsuit subpoena. "He made me get on top of him and when it was done he drove me back."

Hastings told Wisconsin Watch she filed a complaint against Schmidt with the Price County Sheriff's Office soon after the incident, another complaint after she learned she was pregnant and a third when her daughter was about 8 years old. "Each time I wrote on their statement form with an officer present," she wrote to the DOJ. "Each attempt was met with hostility."

Mihelich, Schmidt's attorney, said Schmidt has never been questioned about a complaint. He said Schmidt learned he was the father of Hastings' daughter after the young woman turned 18 and sought him out for a paternity test.

"Had the child's conception occurred under the circumstances Ms. Hastings now alleges, it would make little sense for Mr. Schmidt to have readily agreed to a test that would establish a connection to her," Mihelich said. "He did so because he had nothing to hide."

To assess Hastings' account, Wisconsin Watch interviewed several people with whom Hastings shared various details between 1990 and 2010. One family friend who heard about the incident shortly afterward said Hastings described it as an assault. Two of Hastings' friends — one she told in the late 1990s and one she told in 2009 — said she described the incident as an "attack."

A former high school classmate and neighbor of Hastings recalled Hastings telling her that her daughter was conceived in Schmidt's squad car, although "she didn't say he forced her." The neighbor was among five people who say Hastings told them the incident happened in Schmidt's squad car.

"She has no reason to lie," said Paula Johnson, who has known Hastings for more than 30 years and heard Hastings' story in the late 1990s. "It doesn't benefit her to lie. If she was going to ruin his career, she would have ruined it a long time ago."

Hastings said that at the time of the alleged assault she was living in the downtown Phillips apartment of a man with whom she had a sexual relationship, but he was temporarily living elsewhere. She said her mother encouraged her to marry the man when she became pregnant.

**This site uses cookies**
This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.



Tammy Hastings in a family photo with her daughter. (Joe Timmerman / Wisconsin Watch)

Court records show they exchanged vows on Sept. 29, 1990. Hastings gave birth in April 1991. The couple separated in August 1991, stating in divorce documents that he was the father. The man paid more than $80,000 in child support over the next 17 years. He died in 2015.

Hastings told the DOJ that when her daughter was 2 she met Schmidt at a rest area and asked him to take a paternity test, but he declined. Schmidt never paid any child support.

“When I attempted to reach out to Brian, he made it clear that I was to say nothing,” Hastings wrote. “This circumstance ultimately ruined my life for many years.”

Hastings acknowledges her past struggles with alcohol and bad relationships, some of which landed her in

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

man's business. Prosecutors charged the man but later dropped the charges. Hastings said she agreed to withdraw the rape accusation so that the vandalism case against her would also be dropped. She acknowledged to Wisconsin Watch she committed the vandalism, but stood by her statement to police.

## Competing interpretations of recorded meeting

Hastings said she was initially reluctant to submit testimony in the Brylski defamation lawsuit.

In a February 2024 meeting and May 2024 phone call with Schmidt, which the sheriff recorded and Mihelich provided, Hastings complained that Brylski was harassing her. She asked about a restraining order. Schmidt said he would have a conflict and suggested she talk to the chief deputy.

She also described to Schmidt their 1990 encounter this way: "I was drunk. We were in a car together. We had sex. We had a child." She added, "I remember it being something we shouldn't have done" and "at that point in my life it was just easier to sweep it under the rug."

Schmidt replied, "I remember us having a relationship."

Hastings also brought up their meeting at the rest area when her daughter was 2, which Schmidt acknowledged in the recording. His attorney said the meeting never happened.

Mihelich said the recording is evidence of a consensual encounter — not a sexual assault. He cited the cordial nature of their interaction and her description of the incident. He also noted that Hastings signed Schmidt's nomination papers when he ran for sheriff as the lone Republican in 2009.

**Studies show** it is not unusual for sexual assault victims to retain contact with their abusers.

Hastings, who reviewed the recording, said she was never in a relationship with Schmidt and "there's no place I describe (the encounter) as consensual."

Hastings said she was upset in July 2024 when Brylski recanted his claims while settling the lawsuit with Schmidt. A year later she learned that Schmidt had been accused in 1995 of inappropriate conduct with Petersen. That allegation, she said, shaped her decision to come forward with her own account.

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.



Suzy Jo Petersen, in 2026. (Rachel Woolf for Wisconsin Watch)

## No record of incident with 14-year-old

Over the past several months Wisconsin Watch has corroborated details of the 1995 incident between Schmidt and Petersen, then 14 years old, through multiple interviews. Schmidt pulled her over with a group of teenagers who were snowmobiling.

Petersen, who no longer lives in Wisconsin, told Wisconsin Watch she decided to come forward after hearing the stories Brylski publicized. She expressed surprise that Schmidt went on to become sheriff.

Price County said it has no record of a complaint or investigation into Schmidt's actions. Mihelich acknowledged Petersen was pulled over, but said another officer was also present and Petersen was never in

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

Wisconsin Watch interviewed seven people who either witnessed some of the events that night or heard about them shortly afterward. Former Sheriff Richard Heitkemper, who was sheriff from 1995 until 2001, and Lauri Millot, the county's former human resources administrator, also described investigating Petersen's complaint.

According to the accounts, sometime in winter 1995 Petersen and a group of high school freshmen were snowmobiling. They stopped by a Prentice gas station minimarket where they saw Schmidt. One of the male teenagers, who told Wisconsin Watch he had consumed an entire bottle of vodka earlier that night, talked to Schmidt, who then drove east of Prentice to one of the teen's homes.




Price county locator map

Schmidt arrived at the house before the teens arrived and told parents there that the group had been driving snowmobiles off trail. After leaving the house, Schmidt pulled over the teens on their way back from the minimarket. He patted down the boys and let them go, but he put Petersen in the back seat of his squad car. He then got in and sat down next to her, Petersen said.

## Alleged victim felt 'groomed'

For the next 30 to 45 minutes, Petersen said, Schmidt asked her personal questions. She said he touched her upper leg over her snow pants, told her she was pretty and questioned her choice of friends. She told Wisconsin Watch she asked to leave at least 10 times before he let her go with a ticket for driving a snowmobile off trail.

Petersen said she was "so scared" while in the squad car.

"Brian Schmidt was my DARE officer when I was in elementary school, and I feel like he had groomed (me), you know what I mean, like I could trust him," Petersen said.

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

Millot, the county HR administrator at the time, said she investigated the incident and drafted a formal complaint that Heitkemper filed with the Price County Board alleging misconduct warranting suspension, demotion and/or dismissal.

"I was concerned that he was a harm to the public," said Millot, who worked for Price County from 1994 to 1998 and is now a labor relations manager for a large metropolitan system in a different state. "I was concerned that he was a risk to the county."

Former Price County Board member Rick Lukes confirmed a disciplinary hearing took place before a board committee but declined to disclose the outcome because it happened in closed session. Petersen said she testified before the committee.

The committee's ultimate action remains unknown. Heitkemper told Wisconsin Watch his recollection is the board took no disciplinary action against Schmidt, but he removed Schmidt in 1997 as the county's DARE officer in part because of that incident and other allegations and rumors of Schmidt's behavior with young women.

Mihelich didn't deny that a disciplinary hearing took place, but disputed Heitkemper's account, noting that Heitkemper ran for sheriff as a Democrat against Schmidt in 2010. Heitkemper also posed with Schmidt in a DARE-related photo in April 1997, before Schmidt was replaced by a female deputy who oversaw the program until her recent retirement. Mihelich said Schmidt was never accused of misconduct as a DARE officer, who taught middle school students the dangers of drugs and alcohol.

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

Case: 3:26-cv-00945-jdp Document #: 34-2 Filed: 11/17/26 Page 14 of 21




A map of Price County displayed at the Price County Courthouse, in 2026. (Joe Timmerman / Wisconsin Watch)

## No permission to destroy records

Millot was surprised to learn that the county couldn't produce records documenting the incident, investigation or county board deliberations. She said records would have been filed with the county clerk as directed by state law.

"I'm sure the charging document would say exactly what (happened), and quite frankly, if it was a citizen complaint, which it had to be, then I don't believe state statute allows them to destroy it," Millot said.

Price County Clerk Meredith Hueckman said she was unable to find any record related to the incident.

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

A Wisconsin Watch review of state law and the county's records retention requirements over the past 30 years found Price County should have kept records of a personnel investigation. State law requires records be kept at least seven years, but county ordinances can extend that timeline, sometimes requiring records be retained permanently.

The county's records retention ordinance from 2001 required personnel files be kept until seven years after an employee left county employment, and an updated 2011 ordinance required retention of internal investigation records until after the subject of the investigation dies.

## Other women make allegations

Hastings and Petersen are not the only women who have accused Schmidt of sexual misconduct.

Another woman told Brylski in a 2024 interview recorded as part of the defamation lawsuit that she had a relationship with Schmidt in the late 1980s and early 1990s. She said the relationship started when she was 15 and Schmidt was an adult training to be a law enforcement officer. A transcript Brylski prepared of the interview, which was included in the court record, recounts her allegations that Schmidt had intercourse with her in his squad car and physically abused her.

"He grabbed the back of my head and pushed me on the car and the mirror. The light hit me on the side of my head and I had a bruise on my head," she said in the recording.

"This affected my life to the degree that I'm still in therapy," she said about the relationship.

Wisconsin Watch is not naming her because she is an alleged victim of sexual assault and could not be reached for an interview to give her consent. Court records show she had an extensive juvenile record and was sentenced to 60 days in jail for a 1993 incident in which she gave a false name to a Taylor County sheriff's deputy during a traffic stop. In 2014, she was convicted of felony drug dealing in another state and sentenced to prison.

Her mother told Wisconsin Watch she remembered her daughter having a bruise on her face and saying Schmidt had slammed her face against the hood of his squad car.

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

Another source told Wisconsin Watch the woman shared details with her in the early 1990s about having a sexual relationship with Schmidt. She asked not to be named to protect family members who still live in the area.

Mihelich told Brylski in 2024 that the woman's testimony wouldn't stand up in court. He noted the woman described her memory as "fuzzy" and speculated that she was unlikely to testify because of her felony conviction. He told Wisconsin Watch that court records show she is a "liar."




Phillips, Wis., in 2026. (Joe Timmerman / Wisconsin Watch)

## Other complaints missing from county records

Heitkemper, the former sheriff, described another incident involving a Minnesota woman whom Schmidt

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

Heitkemper said that after the woman was released from custody Schmidt "followed her to the county line, and then she filed a complaint after that."

The complaint made its way to the Price County Board's law enforcement committee, said one former county board member who asked not to be identified for fear of retaliation. The former board member said Schmidt "paraded" the Minnesota woman around the office.

Mihelich called the account a "fabrication."

Heitkemper said that when he became sheriff in 1995 the committee brought to his attention a file of complaints against Schmidt. Heitkemper said he left the investigation to the committee because he had been Schmidt's union representative when they both were deputies. Heitkemper said the county board ultimately dropped the investigation after deciding it wasn't worth the cost.

The county likewise could not produce a record of any such complaints.

Wisconsin Watch did obtain a copy of one complaint against Schmidt, but not from Price County.

In February 2000, an 18-year-old woman filed a complaint with the Price County Sheriff's Office describing being pulled over along with a male friend who was in a separate vehicle. She said the sheriff's deputy dismissed the male friend and then thoroughly searched her vehicle and questioned her for an extended period of time — telling her to open her jacket and show if she had any weapons in her belt or back pockets and asking her if the other driver was her boyfriend and if they planned to get married.

He also asked her twice if she wanted to sit in the back of his squad car, but she declined, she wrote in the complaint.

During the Brylski defamation lawsuit, the woman submitted a sworn statement identifying Schmidt as the deputy and claiming his behavior was "sexual harassment."

Mihelich noted the 2000 complaint mentions a second officer at the scene. "(The) complaint was about the scope of a search, not sexual harassment," he said. "Any recent recasting of that 26-year-old traffic stop as sexual harassment is contradicted by her own words at the time."

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

But the woman's mother kept a copy, which Wisconsin Watch obtained. The woman and her mother declined to comment.



Tammy Hastings took this photo in the early 1990s from her downtown Phillips apartment of the Price County Courthouse, which houses the Price County Sheriff's Office. (Courtesy of Tammy Hastings)

## Request to 'clean up' personnel file

Wisconsin Watch reviewed Schmidt's 60-page personnel file and found no mention of the complaints or allegations involving women described in this story. Nor did it include a 2006 traffic citation against Schmidt for failing to stop for a school bus loading children while driving his squad car. Wisconsin Watch confirmed

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

Schmidt's personnel file largely includes training certificates and glowing letters of commendation. Three, dated August 1995, August 1996 and February 1997, came from a Prentice School District alcohol and drug coordinator praising Schmidt's leadership as the county's first DARE officer from 1990 to 1997.

In July 1995, Schmidt requested to "see and clean-up" his personnel file.

Heitkemper responded that such requests would have to go to Millot, then the new HR director. Millot said she was then working to establish professional standards for maintaining employee records and move the sheriff's office away from an "old boys culture."

"I can tell you that 'look at and clean up' was not allowed in my world," Millot said.

Schmidt's attorney offered a different explanation for the "clean up" request.

"To make sure the commendations, letters of appreciation, and training records supporting his service had all been placed in the file," Mihelich said, adding that Schmidt "has never altered or destroyed any part of his personnel file, and he has never destroyed or ordered the destruction of any records relevant to your inquiry."

In her communication with the DOJ's Office of Crime Victim Services, Hastings said she has not felt safe living in Price County since submitting her video account during the defamation lawsuit. DOJ said the agency could not assist because no arrest had occurred and no charges had been filed and there were no "formal proceedings that have been subject to unreasonable delay."

Confronted with information Mihelich provided about her troubled past, Hastings did not back down from her claim against the sheriff.

"When I found out that after 35 years my silence didn't buy me any peace," she said, "I realized the truth was always the better option."

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.



Night falls on a lake near Phillips, Wis., in 2026. Price County Sheriff Brian Schmidt denied allegations against him through an attorney. Schmidt has not spoken with Wisconsin Watch. (Joe Timmerman / Wisconsin Watch)

*Freelance journalist and former Wisconsin Watch managing editor Dee J. Hall contributed reporting and editing.*

*If you or someone you know has been a victim of sexual assault, resources are available. Contact the National Sexual Assault Hotline at 1-800-656-4673 or visit **RAINN.org**. In Wisconsin, contact the Wisconsin Office of Crime Victim Services at 608-264-9497 or email **ocvs@wisdoj.gov**.*

*This story was produced with support from the Fund for Investigative Journalism.*

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

Case: 3:26-cv-00945-jdp Document #: 34-2 Filed: 11/17/26 Page 21 of 21

© 2026 Wisconsin Watch

Powered by Newspack

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.