**N THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**
**JOHN J. BRYLSKI,**
*Plaintiff / Counter-Defendant,*
**v.**
**BRIAN S. SCHMIDT and**
**ROBERT M. MIHELICH,**
*Defendants / Counter-Claimant.*
**Case No. 3:26-cv-00945-jdp**
Hon. James D. Peterson
Magistrate Judge Anita M. Boor

**SUPPLEMENTAL DECLARATION OF JOHN J. BRYLSKI IN SUPPORT OF PLAINTIFF'S IMMEDIATE MOTION TO UNSEAL EXHIBIT A (DKT. 3) AND FOR RECONSIDERATION OF DKT. 27**

I, John J. Brylski, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the *pro se* Plaintiff and Counter-Defendant in the above-captioned action. I have personal knowledge of the facts set forth herein and am competent to testify to them.
2. Supplementing my prior Declaration filed on November 17, 2026, attached hereto as **Exhibit 26-A** is a true, accurate, and complete PDF printout captured directly from *Wisconsin Watch*'s official website (https://wisconsinwatch.org) of Statehouse Bureau Chief Matthew DeFour's companion investigative report published on November 17, 2026, titled *"How Wisconsin Watch investigated decades-old misconduct allegations against a Northwoods sheriff."*
3. As documented in **Exhibit 26-A**, *Wisconsin Watch* reviewed Price County's records-destruction notices on file at the Wisconsin Historical Society in Madison and confirmed that Price County never submitted a request to destroy Defendant Brian S. Schmidt's personnel or disciplinary records, while Defendant Mihelich further communicated with *Wisconsin Watch* on the record regarding the 1995 records and personnel file.

I declare under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) that the foregoing is true and correct.

Executed on November 19, 2026.

*/s/ John J. Brylski*
**John J. Brylski**
W2275 State Hwy 22
Gillett, WI 54124
920-540-2118
jasnowshoe@aol.com