Wisconsin Watch

JUSTICE & SAFETY | NEWS ABOUT WISCONSIN WATCH

# How Wisconsin Watch investigated decades-old misconduct allegations against a Northwoods sheriff

*Wisconsin Watch interviewed more than 70 people, obtained hundreds of pages of records, tracked down former Price County officials and examined the county's obligations to retain records.*

by **Matthew DeFour / Wisconsin Watch**
November 17, 2026

Why you can trust Wisconsin Watch



**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

OK

Case: 3:26-cv-00945-jdp Document #: 35-1 Filed: 11/19/26 Page 2 of 5

**Reading Time:** 4 minutes

The tip came to Wisconsin Watch in December 2022 in a provocative email making claims about decades-old allegations of sexual misconduct against Price County Sheriff Brian Schmidt.

The email was from John Brylski, a retired Outagamie County sheriff's deputy who moved to Price County in 2019 and took up investigating cold cases as a hobby, including **the 1987 disappearance of Shelly Hansen**.

As Brylski kept digging, he heard local grievances about Schmidt, including claims about Schmidt abusing an underage teenager and impregnating a 19-year-old in his squad car. He posted several of the allegations on his Facebook page, then mounted an ill-fated write-in campaign for sheriff in November 2022.

A month before the election Schmidt sued Brylski for defamation, claiming he had never been accused of misconduct in his entire career. They eventually settled the lawsuit in July 2024, and Brylski published a retraction and public apology.

End of story, right? Not quite.

Wisconsin Watch reporting has since determined that Schmidt was in fact accused of improper behavior multiple times in the 1990s. One woman said Schmidt sexually assaulted and impregnated her in his squad car. Another said he "groomed" her when she was a 14-year-old high school freshman.

Former officials told us Schmidt's interaction with the 14-year-old led to a county board disciplinary hearing.



**A Wisconsin sheriff claimed in court he'd never been accused of misconduct. These women say they reported him decades ago.**

A Wisconsin Watch investigation found evidence supporting allegations against Price County Sheriff Brian Schmidt, which he denies.

As part of the investigation, Wisconsin Watch did not simply repeat rumors circulating in Price County. We interviewed more than 70 people, including the women and their confidants, sought accounts from people

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

We found evidence supporting the women's accounts. Yet county officials say they couldn't locate records of the closed-door disciplinary proceeding nor multiple complaints women said they filed against Schmidt.

Here's how we reported the story.

## Finding 'L. Millot'

In early 2023 I began making phone calls and developing sources in Price County on both the allegations against Schmidt and the Hansen case — two very different stories that involved several overlapping sources in a small rural county where everyone seemed to know everyone. The investigation languished as I ran into dead ends and focused on other duties as Wisconsin Watch's state bureau chief.

But I eventually requested and reviewed records of the defamation lawsuit between Schmidt and Brylski, who had entered into the court record a trove of information he had collected.

**RELATED STORIES**




**Nearly 40 years after Shelly Hansen vanished in Wisconsin's Northwoods, unsealed records reveal a hidden suspect**



**How Wisconsin Watch uncovered a long-hidden suspect in a 1987 Northwoods disappearance**

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

with friends. She said he took her 15 miles southeast to a secluded field and sexually assaulted her in his squad car.

Petersen said Schmidt made her feel uncomfortable as a 14-year-old during a traffic stop. She told me Schmidt sat with her for at least half an hour in the back of his squad car, questioning her choice of friends, telling her she was pretty and at one point touching her thigh over her snow pants.

I requested Schmidt's personnel file and found no indication of any complaints. But I did find a cryptic reference to "L. Millot."

Using old directories maintained by the Wisconsin Historical Society, I figured out that L. Millot was Lauri Millot, the county's former HR administrator, who now lives in another state. Millot confirmed that she had personally investigated Petersen's claims against Schmidt in 1995 and drafted a formal complaint to the Price County Board recommending serious discipline.

It's unclear what action the board took. A former sheriff told me he removed Schmidt as the county's DARE officer in part because of that incident and other allegations and rumors of Schmidt's behavior with young women. Schmidt remained a deputy and went on to be elected sheriff five times by a public largely unaware of the allegations.

After months of back-and-forth exchanges with Schmidt's attorney, he acknowledged in October there was a traffic stop involving Petersen, but claimed she was never in the back seat of Schmidt's car — a contention disputed by Petersen and seven others who either were involved in the incident or heard about it soon afterward.

Regarding Hastings, he acknowledged Schmidt is the father of Hastings' daughter but claimed the encounter was consensual. But multiple people told me Hastings had described it to them as an assault or an attack as far back as 1990.

## Missing records raise more questions

County officials said they couldn't find records, including three complaints Hastings says she filed both before and after her daughter with Schmidt was born.

**This site uses cookies**
This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.

Our reporting journey taught us lots about records retention laws.

Generally, county records under Wisconsin law must be kept for at least seven years, but counties can adopt more specific rules to keep them longer.

In 2001, Price County adopted a records retention ordinance that required personnel records be retained until seven years after an employee left county employment. In 2011 the county updated its ordinance to specifically require that internal investigations be retained until after the subject of the investigation dies.

Even after a retention period, counties must notify the Wisconsin Historical Society 60 days before destroying records. I visited the WHS headquarters in Madison and looked through all of Price County's requests to destroy files. None involved destroying the sheriff's personnel records.

We still don't know what happened to the records. Schmidt's attorney cited the lack of records as evidence that the women's stories are false. Schmidt has refused to sit for an interview. His attorney primarily focused on challenging the credibility of the women themselves.

Wisconsin Watch will continue to investigate issues related to these and any other allegations of sexual misconduct by law enforcement. If you have information that could help our investigation, please email me at mdefour@wisconsinwatch.org.

Wisconsin Watch

*Wisconsin Watch is a nonprofit, nonpartisan newsroom. Subscribe to our newsletters for original stories and our Friday news roundup.*

© 2026 Wisconsin Watch

Powered by Newspack

**This site uses cookies**

This site, like many others, uses small files called cookies to help us improve and customize your experience. Learn more in our cookie policy.