**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**
**JOHN J. BRYLSKI,**
*Plaintiff / Counter-Defendant,*
**v.**
**BRIAN S. SCHMIDT, and**
**ROBERT M. MIHELICH,**
*Defendants / Counter-Claimant.*
**Case No. 3:26-cv-00945-jdp**
Hon. James D. Peterson
Magistrate Judge Anita M. Boor

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT PURSUANT TO FED. R. CIV. P. 15(d)**

Plaintiff *pro se*, John J. Brylski, respectfully moves the Court pursuant to Federal Rule of Civil Procedure 15(d) for leave to file and serve his Proposed Supplemental Complaint (attached hereto as **Exhibit 1**). In support thereof, Plaintiff states:

1. **Standard Under Rule 15(d):** Under Fed. R. Civ. P. 15(d), the Court may permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. Leave to supplement under Rule 15(d) is freely granted where the supplemental facts are connected to the original claims, promote complete adjudication of the controversy, and cause no unfair prejudice.
2. **Post-Filing Events & Newly Discovered Conduct:** Plaintiff commenced this action in state court on August 12, 2026 (Dkt. 3-1). Since that date, significant new events have occurred and come to light, including: (a) the September 23, 2026 referral of Plaintiff's official misconduct complaint to an out-of-county Special Prosecutor (Exhibit 23); (b) the October 27, 2026 sworn declaration of witness Tammy Hastings (Dkt. 18, Exhibit 25); (c) Defendants' express waiver of confidentiality and public media campaign culminating in *Wisconsin Watch*'s November 17,

2026 statewide investigative reports (Dkt. 34-2, Exhibit 26; Exhibit 26-A); and (d) Plaintiff's discovery in November 2026 that Defendant Schmidt, acting under color of state law, exported non-public November 2025 Price County Sheriff's Department body-worn camera and facility surveillance video of witness Tammy Hastings outside Wisconsin Open Records Law channels (Wis. Stat. §§ 19.35, 165.87(3)) for private civil litigation use.

3. **No Delay or Prejudice:** Discovery opened on October 28, 2026 (Dkt. 19), dispositive motions are not due until August 24, 2027, and trial is set for March 6, 2028. Permitting supplementation now will allow all related claims and defenses to be resolved efficiently in a single proceeding.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and direct the Clerk of Court to docket Plaintiff's Proposed Supplemental Complaint (**Exhibit 1**) as the operative Supplemental Complaint in this action.

Dated this **19th** day of **November**, 2026.

Respectfully submitted,

*/s/ John J. Brylski*
**John J. Brylski**, *Plaintiff / Counter-Defendant Pro Se*
W2275 State Hwy 22
Gillett, WI 54124
(920) 540-2118
jasnowshoe@aol.com