**November 16, 2026**
**Office of the Clerk of Court**
U.S. District Court for the Western District of Wisconsin
120 N. Henry Street, Room 320
Madison, WI 53703
**Re: *John J. Brylski v. Brian S. Schmidt and Robert M. Mihelich*, Case No. 3:26-cv-00945-jdp**
**Request for Clerk Signature and Seal on Rule 45 Subpoenas (Form AO 88B)**

Dear Clerk of Court:

Per my telephone conversation with the Clerk's Office earlier today, I am proceeding *pro se* in the above-captioned action and have enclosed two completed Rule 45 Subpoenas to Produce Documents (**Form AO 88B** with **Attachment / Schedule A**) directed to:

1. **Price County Clerk** (126 Cherry Street, Room 106, Phillips, WI 54555); and
2. **Price County Sheriff's Office Records Custodian** (164 Cherry Street, Phillips, WI 54555).

Please sign, apply the Court's seal, and issue both enclosed subpoenas, and return them to me in the enclosed **self-addressed, stamped envelope**.

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
NOV 2 0 2026
FILED/REC'D
CLERK OF COURT

Thank you for your time and assistance.

Respectfully submitted,

**John J. Brylski**, *Plaintiff Pro Se*
W2275 State Hwy 22
Gillett, WI 54124
Email: jasnowshoe@aol.com