CERTIFIED MAIL®

7022 3330 0000 5055 7578

Retail

UNITED STATES POSTAL SERVICE®

53703

RDC 01

0 Lb 4.30 Oz

U.S. POSTAGE PAID
PM
GILLETT, WI 54124
NOV 16, 2026

$22.35

S2324N504092-04

JOHN BRYLSKI
W 2275 STATE HWY 22
Gillett, WI 54124 124

SCANNED

OFFICE OF the CLerk OF COURT
U.S DISTRICT COURT FOR WESTERN DISTRICT WI
120 N. Henry ST. Room 320
MADISON, WI 53703