**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**
**JOHN J. BRYLSKI,**
Plaintiff,

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
NOV 2 0 2026
FILED/REC'D
CLERK OF COURT

v.

**BRIAN S. SCHMIDT and**
**ROBERT M. MIHELICH,**
Defendants.
**Case No. 3:26-cv-00945-jdp**
Hon. James D. Peterson
Magistrate Judge Anita M. Boor

**ATTACHMENT / SCHEDULE A TO SUBPOENA TO PRODUCE DOCUMENTS (FORM AO 88B)**
**DIRECTED TO PRICE COUNTY**

## DEFINITIONS AND INSTRUCTIONS

1. **"Price County"** means the County of Price, Wisconsin, including the Price County Clerk, the Price County Law Enforcement Committee, the Price County Human Resources / Personnel Department, the Office of Corporation Counsel, and all elected officials, committees, custodians, and agents acting on Price County's behalf.
2. **"Document" and "Electronically Stored Information (ESI)"** have the broadest meaning permitted under Fed. R. Civ. P. 34(a)(1)(A) and include emails, memoranda, internal affairs files, personnel logs, committee minutes, handwritten notes, audit trails, and electronic databases.
3. **Electronic Production:** To minimize burden and expense, produce all responsive documents electronically in searchable PDF format or native format with metadata intact via email to `jasnowshoe@aol.com` or by mail to W2275 State Hwy 22, Gillett, WI 54124.
4. **Privilege Log (Fed. R. Civ. P. 45(e)(2)):** If any responsive document is withheld under a claim of privilege or statutory protection, provide a privilege log describing the nature of the document, date, author, recipients, and specific legal basis for withholding without revealing the privileged information itself.

## CATEGORIES OF DOCUMENTS TO BE PRODUCED

1. **DISCIPLINARY, INTERNAL AFFAIRS, AND COMPLAINT RECORDS (1990–PRESENT):** All Internal Affairs files, citizen complaints, supervisory inquiries, investigative summaries, disciplinary notices, administrative reassignment or desk-duty orders, and any performance evaluations referencing misconduct, citizen complaints, or truthfulness concerning Brian S. Schmidt from January 1, 1990, through the present.

2. **ANDREA MAE PALAS COMPLAINT & FEB. 29, 2000 HWY 111 TRAFFIC STOP:**
All records, incident reports, dispatch logs, written citizen complaints, witness statements, and Law Enforcement Committee correspondence or minutes concerning:

- a. Brian S. Schmidt's February 29, 2000 traffic stop of Andrea Mae Palas on State Highway 111;
- b. The written complaint submitted by Andrea Mae Palas and her mother to Sheriff Wayne Wirsing / Sheriff Heitkemper in 2000; and
- c. All communications, notes, or records created, sent, or received by Price County Law Enforcement Committee member Mary Satterwhite concerning Andrea Mae Palas or Brian S. Schmidt.

**3. 1990–2001 CITIZEN COMPLAINTS, COURT ORDERS, AND ADMINISTRATIVE RESTRICTIONS:**
All complaints, court orders, restraining orders, injunctions, investigative reports, desk-duty orders, no-contact directives, and administrative or personnel compliance files concerning Brian S. Schmidt between January 1, 1990, and December 31, 2001, specifically including any records referencing Suzy Petersen (including any maiden or prior legal name), Tammy Hastings, Lisa Talley (Decker), Tammy Upson, or any 1997 restrictive desk-duty reassignment.

3. **RECORDS RETENTION, PURGING, AND DESTRUCTION LOGS:**

- a. All records retention schedules applicable to Price County Human Resources, the Price County Clerk, and the Price County Sheriff's Office from 1990 through the present; and
- b. All destruction logs, disposition authorizations, Wisconsin Historical Society notices, and electronic audit trails reflecting the purging, deletion, or modification of any complaint or investigative file naming Brian S. Schmidt.

4. **2022–2026 LITIGATION, OPEN RECORDS, AND WISCONSIN WATCH COMMUNICATIONS:**
All non-privileged communications, open records logs, Law Enforcement Committee records, and correspondence between Price County officials and Robert M. Mihelich, Stadler Sacks LLC, Gordon Rees LLP, or Wisconsin Watch (including Matthew DeFour) from January 1, 2022, through the present concerning John J. Brylski, the July 25, 2024 Settlement Agreement, or complaints against Brian S. Schmidt.

5. **2025 AND 2026 LIABILITY INSURANCE POLICIES:**
Complete, unredacted copies of all Public Entity Liability Insurance policies, Declarations pages, Supplemental Declarations, Deductible Endorsements, and riders issued by Wisconsin County Mutual Insurance Corporation (WCMIC) to Price County for the **2025** and **2026** policy periods (renewing Policy No. 15124), together with any excess, umbrella, or separate law enforcement liability policies.