# File-Lisa Talley Decker interv assualt by Deputy Brian Schmitd 1990 Current elected Sheriff Price Co WI

Okay, I'm John Brylski and we're in Minnesota and I'm speaking to Lisa, Talley,

[JOHN BRYLSKI] slash Decker, whom I feel, and she's going to tell us, was a victim of harassment, abuse by then law enforcement, by then deputy law officer Michael Schmidt in Prentice in the 1990s. [sic — later clarified on the recording by Ms. Decker as Brian Schmidt]

[JOHN BRYLSKI] So you take it away. Say your name and date of birth and all that.

[LISA TALLEY DECKER] Lisa Decker, my birthday is July 19th, 1974. So we're talking about Brian Schmidt, who was a sheriff's deputy.

[LISA TALLEY DECKER] When I first met Brian, he was not, he didn't actually work for the police department, but he was going to school to be a law enforcement officer.

[LISA TALLEY DECKER] And how I met him was he was training a lot, exercising with some friend of his. They were jogging.

[JOHN BRYLSKI] Make sure you talk a little louder too, so just in case.

[LISA TALLEY DECKER] Okay. And so he started like running by my parents' house and if I was outside, you know, he would say hi and then I would see him around town.

[LISA TALLEY DECKER] And he would usually stop, you know, there wasn't much to do in Prentice except walk up and down the streets and say he would stop and talk to me and, you know, he, he, um, he had an obvious interest.

[LISA TALLEY DECKER] And I did too, you know, he was, he was at least, you know, moderately attractive. He seemed, you know, he was older, wiser.

[JOHN BRYLSKI] Again, how old were you again?

[LISA TALLEY DECKER] Um, so I would have been probably 15.

[JOHN BRYLSKI] Okay, go ahead.

[LISA TALLEY DECKER] 15 at the time.

[LISA TALLEY DECKER] And, um.

[JOHN BRYLSKI] And how old do you think he was?

[LISA TALLEY DECKER] Oh, he was out of high school.

[JOHN BRYLSKI] Okay.

[LISA TALLEY DECKER] He was going to, I believe the tech school in, I think it was like Rhinelander or something like that, where he went to school and he was working, I want to say at like Marquardt.

[LISA TALLEY DECKER] Um, my sister also worked at Marquardt at the time in the offices, so he was familiar with her and he would just strike up conversations with me.

[LISA TALLEY DECKER] Um, eventually he started like stopping at my parents' house and we would sit on the porch and talk and we had, you know, like a flirty relationship.

[LISA TALLEY DECKER] Eventually it turned into, um, I guess in my eyes, it was like a boyfriend, girlfriend type situation.

[LISA TALLEY DECKER] And, um, that he had come by the house one day and my, my brother was there, my brother, Mike, and Mike was really rude to him.

[LISA TALLEY DECKER] And like, Brian didn't want to come in.

[LISA TALLEY DECKER] And I, it was just weird.

And I remember after Brian had left, I was angry with Mike and said something to him.

[LISA TALLEY DECKER] You know, I just don't like that guy.

[LISA TALLEY DECKER] Something's not right about him.

[LISA TALLEY DECKER] And I just, that sticks out to me because of how things.

[JOHN BRYLSKI] Yeah, in hindsight.

[LISA TALLEY DECKER] Right.

[LISA TALLEY DECKER] Um, but of course I was, you know, like, I mean, I was 15 years old, you know, and this was great.

[LISA TALLEY DECKER] You know, he was older and he was, he had this red car and he was going to school and he was going to be a cop.

[LISA TALLEY DECKER] He was doing something with his life, you know, and in Prentice, that was kind of unique, I guess, or at least from what I was used to.

[LISA TALLEY DECKER] So, um, like I said, he was older.

[LISA TALLEY DECKER] Um, I, I, you know, a lot of this over the years, it turned into an entirely different scenario, um, with him.

[LISA TALLEY DECKER] There was a real power thing going on.

[LISA TALLEY DECKER] And, um, unfortunately I, I have actually blocked, completely regressed a lot of the things that have happened, but, um, this affected my life to the degree that I, I'm still in therapy.

[LISA TALLEY DECKER] Um, I'm in a much better place now, but I'm still in therapy.

[LISA TALLEY DECKER] And one of the issues that I haven't yet touched on entirely is him because when they try to put me into a, um, a more malleable state to bring back some of these things for post-traumatic stress to try to reprogram my, my thinking on them, um, I get through a, to like a wall.

[LISA TALLEY DECKER] And, um, um, it's something that I've never really completely come to fruition in dealing with.

[LISA TALLEY DECKER] It's, so it's still kind of a present factor, but, um, anyway, things quickly changed.

[LISA TALLEY DECKER] I, I, I don't really remember the details are kind of fuzzy, but for some reason he had said that, you know, that his mother said that she had some issue with me and that he, you know, couldn't see me.

[LISA TALLEY DECKER] But, you know, of course I was devastated, but he still wanted to see me, but it's like everything suddenly became like a secret and I didn't like it.

[LISA TALLEY DECKER] And, and it just, it boggled my mind why this woman who I had never met, you know, just despised me to such a degree that he, like, I couldn't even call there.

[LISA TALLEY DECKER] I couldn't do, it just made me feel really shameful.

[LISA TALLEY DECKER] And, and like, that's where that, the power thing shifted, um, because it played on my vulnerabilities, you know, always looking for acceptance and kind of being the black sheep all the time.

[LISA TALLEY DECKER] I mean, my reputation that far precedes anything I've ever done, you know, or, or been able to live up to.

[LISA TALLEY DECKER] So, and, and that was just kind of the judgment and the mindset in that small town, you know, I was a troubled kid, you know, nobody, nobody thought about any mitigating factors.

[LISA TALLEY DECKER] It was just all blame and shame.

[LISA TALLEY DECKER] Um, so it really bothered me.

[LISA TALLEY DECKER] And eventually he had a, he finished, he got his certificate, became a law enforcement officer, and throughout this time, um, I was still seeing him, you know, but, but then it got to the point where he would only see me, um, if he was on duty because his mother was like stalking him.

[LISA TALLEY DECKER] To, to make sure he wasn't with me is what he was telling me anyway.

[LISA TALLEY DECKER] And, um, I believe it based on other things.

[LISA TALLEY DECKER] So I would only see him when he was on duty.

[LISA TALLEY DECKER] It became just like the secret thing.

[LISA TALLEY DECKER] And if these, you know, 15, 20 minute meetings or these meeting him in like remote places.

[JOHN BRYLSKI] In what area?

[LISA TALLEY DECKER] Oh, in the area of Prentice, Wisconsin.

[JOHN BRYLSKI] And what would happen when you were in those remote areas?

[LISA TALLEY DECKER] Uh, well, we would usually, um, have some small talk or it was, you know, physical.

[LISA TALLEY DECKER] We would, we would have sex.

[LISA TALLEY DECKER] And, um, I see now, you know, eventually that that's all it was for, for him, you know, it was a physical thing.

[LISA TALLEY DECKER] Um, just in some type of instant gratification.

[LISA TALLEY DECKER] And I was, you know, some malleable.

[JOHN BRYLSKI] Repeat it again.

[JOHN BRYLSKI] So we make sure we get that in there.

[JOHN BRYLSKI] He was having sexual intercourse with you when you were 15?

[LISA TALLEY DECKER] 15, 16, 17.

[JOHN BRYLSKI] In the back of his squad?

[LISA TALLEY DECKER] Um, sometimes we would be in the squad car.

[LISA TALLEY DECKER] Um, well, most of the time because I would meet him like on, well, he was on duty.

[LISA TALLEY DECKER] So then I would get in the car with him.

[LISA TALLEY DECKER] Um, sometimes out of the car, sometimes, you know, it, it was, it became purely sexual.

[JOHN BRYLSKI] But what did he do when he got a call?

[LISA TALLEY DECKER] He would, he would have to go typically.

[LISA TALLEY DECKER] I mean, he couldn't take me with him.

[LISA TALLEY DECKER] Um, yeah, I, I know, I think my mother.

[LISA TALLEY DECKER] Perhaps that's something.

[LISA TALLEY DECKER] At one point, um, I was arguing with him about like leaving.

[LISA TALLEY DECKER] We were in the middle of an, of an argument about something else.

[LISA TALLEY DECKER] And I remember clearly him saying, um, I think that, that I made some kind of like,

[LISA TALLEY DECKER] like I was going to call his mom or something, or I was going to call the department or something,

[LISA TALLEY DECKER] you know, childish along those lines.

[LISA TALLEY DECKER] And he had, he had suggested that he could restrain me at this spot that we were at,

which was like out in the middle of nowhere, somewhere off, like going towards the cemetery

[LISA TALLEY DECKER] in, um, Prentiss, which Prentiss or Oguma.

[JOHN BRYLSKI] Do you remember restraining you how?

[LISA TALLEY DECKER] Um, he was handcuffed me to a tree that was, that was there.

[LISA TALLEY DECKER] Yeah.

[LISA TALLEY DECKER] But, um, I mean, I guess at the time I, I kind of thought he was serious.

[LISA TALLEY DECKER] I mean, he was mad.

[LISA TALLEY DECKER] He was mad.

[LISA TALLEY DECKER] Cause I was holding him up.

[JOHN BRYLSKI] It scared you then.

[LISA TALLEY DECKER] Yeah.

[LISA TALLEY DECKER] I was throwing a fit, but I was in this like panic state that he was, he was going to leave.

[LISA TALLEY DECKER] And like, I, I wanted to finish what we were talking about because, you know, I was a kid.

[LISA TALLEY DECKER] I was a kid, you know, hormone driven teenager basically.

[LISA TALLEY DECKER] And, and, um, you know, he was an adult working his, you know, very serious professional job

[LISA TALLEY DECKER] where he is, you know, taking an oath to protect and serve.

[JOHN BRYLSKI] Yeah, absolutely.

[LISA TALLEY DECKER] And, um, I didn't quite understand that, you know, that, you know, he did obviously.

[JOHN BRYLSKI] Yeah.

[LISA TALLEY DECKER] And, um, so yeah, he had, he had, he had threatened it.

[LISA TALLEY DECKER] Um, and yeah, it did scare me.

[LISA TALLEY DECKER] Um, cause I thought he was really, you know, that perhaps he would, that he would do that.

[LISA TALLEY DECKER] You know, and, and I think he did actually take off a little ways, you know, in the car.

[JOHN BRYLSKI] And just leave you outside the squad.

[LISA TALLEY DECKER] Yeah.

[LISA TALLEY DECKER] And I mean, it was like, you were in the middle of nowhere, you know, so I, but, um,

[JOHN BRYLSKI] Do you think the other officers knew that he was in your squad sometimes?

[LISA TALLEY DECKER] That, that I was in the car?

[LISA TALLEY DECKER] Yeah.

W[LISA TALLEY DECKER] well, I'm sure.

[LISA TALLEY DECKER] I'm sure that they did.

[LISA TALLEY DECKER] Yeah.

[JOHN BRYLSKI] Now, what about, I've heard that you got, uh, beat up once.

[JOHN BRYLSKI] Can you tell us, tell me about that?

[LISA TALLEY DECKER] Well, he, he didn't, so he never really beat me up.

[LISA TALLEY DECKER] Like he, like he didn't, you know, but he was very, very physical and very controlling,

[LISA TALLEY DECKER] you know, um.

[JOHN BRYLSKI] Did he cause bruises to your face once?

[LISA TALLEY DECKER] Yes.

[JOHN BRYLSKI] Tell, tell me about that.

[LISA TALLEY DECKER] He did.

[LISA TALLEY DECKER] So we were in a, um, sexual act outside of the squad car.

[LISA TALLEY DECKER] And, um, I think he was angry about some people that I had been with earlier that day or something.

[LISA TALLEY DECKER] Again, it's kind of fuzzy, but I, I know that he was behind me and he had choked, choked me.

[LISA TALLEY DECKER] And, um, then, um, I got kind of panicky about that and, you know, trying to get forward.

[LISA TALLEY DECKER] And he kind of grabbed the back of my head and pushed me like on the car and the, the, the mirror.

[LISA TALLEY DECKER] Um, the light, like hit me in the side of the head.

[LISA TALLEY DECKER] And then I had like a bruise on my head and, um. ( Lisa was in tears at this point of the interview)

[JOHN BRYLSKI] And you did, you did, you did go home and your mother seen that?

[LISA TALLEY DECKER] Yes.

[LISA TALLEY DECKER] Yeah.

[LISA TALLEY DECKER] And, and, you know, I, it, it did, it stopped him as well because he realized, I mean, I think my head was bleeding.

[LISA TALLEY DECKER] My head was bleeding or something, you know, but, but it was, um, he was being very aggressive anyway.

[JOHN BRYLSKI] Did your, did your mom suggest you go to the hospital?

[LISA TALLEY DECKER] Yes.

[JOHN BRYLSKI] But you, why did you decide not to?

[LISA TALLEY DECKER] Because he, if I would have, you know, I even would have told her exactly what happened.

[LISA TALLEY DECKER] You know, I mean, he's, I think that we had like a story, like he had given me a story.

[LISA TALLEY DECKER] I was supposed to say, but, but I'm, this is one of the things that I don't really, you know, remember.

[LISA TALLEY DECKER] But, but yeah, that's, that's the only time where I, you know, something like that happened.

[LISA TALLEY DECKER] Did you have a friend that was there to help you out that day too?

[LISA TALLEY DECKER] That what?

[JOHN BRYLSKI] A friend that helped you.

[LISA TALLEY DECKER] After the fact.

[JOHN BRYLSKI] Yeah.

[JOHN BRYLSKI] What was her name?

[LISA TALLEY DECKER] I don't know.

[JOHN BRYLSKI] Do you remember it all?

[JOHN BRYLSKI] Can you think of it?

[JOHN BRYLSKI] Yeah, what was her name?

[LISA TALLEY DECKER] I don't know.

[JOHN BRYLSKI] Do you remember it all? Can you think of it?

[LISA TALLEY DECKER] I can't.

[JOHN BRYLSKI] Well, maybe later on, put some thought into that.

[LISA TALLEY DECKER] Yeah.

[JOHN BRYLSKI] And see if you can remember.

[JOHN BRYLSKI] I know one of your best friends was Missy that it wasn't her, right?

[LISA TALLEY DECKER] I don't know.

[LISA TALLEY DECKER] I don't know.

[LISA TALLEY DECKER] Maybe, if anything, maybe... ( Name of Omitted friend was here)

[LISA TALLEY DECKER] If anyone, I guess I would think it would be her, maybe...

[JOHN BRYLSKI] If that was her, she did an incredible thing from what I was told.

[JOHN BRYLSKI] She came out to help you.

[JOHN BRYLSKI] She got yelled at, you know?

[JOHN BRYLSKI] I mean, because she still came out to help you, if that's her.

[LISA TALLEY DECKER] Yeah, I just, I can't remember who that...

[LISA TALLEY DECKER] You know, he would get upset, you know, if I was out, you know, with anyone, anywhere.

[JOHN BRYLSKI] Was it jealousy or just control or what?

[LISA TALLEY DECKER] I think it was just control.

[LISA TALLEY DECKER] I don't think that he was necessarily, like, jealous.

[LISA TALLEY DECKER] Because, you know, I know now, because I understand now,

[LISA TALLEY DECKER] after, you know, many years of trying to process through...

[LISA TALLEY DECKER] I understand now that it was just a control, a power thing for him.

[LISA TALLEY DECKER] You know, he's a predator.

[LISA TALLEY DECKER] He's a predator.

[LISA TALLEY DECKER] He likes a very specific body type.

[LISA TALLEY DECKER] He likes a specific, you know, hair color.

[LISA TALLEY DECKER] He likes women that maybe are vulnerable for his...

[LISA TALLEY DECKER] Looking back,

[LISA TALLEY DECKER] you know, aside from popular opinion,

[LISA TALLEY DECKER] I was really pretty inexperienced.

[LISA TALLEY DECKER] So, everything was pretty directed by him.

[LISA TALLEY DECKER] And he had very, very specific, you know, things that he enjoyed, I guess.

[LISA TALLEY DECKER] And, and...

[JOHN BRYLSKI] Now, you're going to have to tell me what you're talking about.

[LISA TALLEY DECKER] So, he, like, he really liked lingerie, for instance.

[LISA TALLEY DECKER] Well, you know, I was a kid.

[LISA TALLEY DECKER] I didn't have a job, you know, so that was a little hard to come by.

[LISA TALLEY DECKER] But I did end up acquiring some items.

[LISA TALLEY DECKER] And I believe they came from him.

[LISA TALLEY DECKER] I know one day he was mad.

[LISA TALLEY DECKER] He wanted me to put something on.

[LISA TALLEY DECKER] Because he had come to my parents' house after his shift.

[LISA TALLEY DECKER] And I went outside to go to his car.

[LISA TALLEY DECKER] But he had, I had this black, like, a lingerie thing.

[LISA TALLEY DECKER] And this actually just popped in my head. ( Lisa again goes into Tears )

[LISA TALLEY DECKER] I didn't really know what I was doing.

[LISA TALLEY DECKER] But I remember thinking, because I was so pale, you know.

[LISA TALLEY DECKER] And so, I put on, like, pantyhose underneath the lingerie thing.

[LISA TALLEY DECKER] You know, and then, because I, and then I put, like, a long shirt or a dress or something on over it

[LISA TALLEY DECKER] to just wear that out, you know, to the car.

[LISA TALLEY DECKER] And I remember he was like, what the hell is wrong with you?

[LISA TALLEY DECKER] Why would you do, you know, because then there was the access, you know.

[LISA TALLEY DECKER] But I didn't know.

[JOHN BRYLSKI] Well, you had to get out of the house.

[JOHN BRYLSKI] I swear your mother brought this incident up.

[JOHN BRYLSKI] I'm not sure.

[JOHN BRYLSKI] But she might have.

[LISA TALLEY DECKER] He was really, really angry about it.

[LISA TALLEY DECKER] I remember that.

[LISA TALLEY DECKER] But, so, I just kind of heard, like, sheer pantyhose on.

[LISA TALLEY DECKER] But this thing that this black, like, a teddy or whatever that I had.

[LISA TALLEY DECKER] So, they were under it.

[LISA TALLEY DECKER] Because I was thinking about, you know, the aesthetic.

[LISA TALLEY DECKER] But it was not obviously what he wanted.

[LISA TALLEY DECKER] It was just access.

[LISA TALLEY DECKER] I mean, he was really, yeah, he was really mad about it.

[LISA TALLEY DECKER] And I remember, like, calling.

[LISA TALLEY DECKER] I think he was, there was an idiot.

[JOHN BRYLSKI] He was calling you an idiot?

[LISA TALLEY DECKER] Yeah.

[LISA TALLEY DECKER] Yeah.

[LISA TALLEY DECKER] He was really, most of the things that he did, it was just a power play.

[LISA TALLEY DECKER] You know, he really messed with my head a lot.

[LISA TALLEY DECKER] A lot.

[LISA TALLEY DECKER] Well into adulthood, you know, he would give me tickets for driving without a license.

[LISA TALLEY DECKER] Ticket after ticket after ticket after ticket after ticket.

[LISA TALLEY DECKER] Because that's what kept me there.

[LISA TALLEY DECKER] You know, that's the only reason I was there after, you know, the time that I turned 18.

[LISA TALLEY DECKER] Because, I mean, he gave me seven driving after vacation tickets.

[LISA TALLEY DECKER] I mean, one after the other, after the other.

[LISA TALLEY DECKER] Just simply to keep me there.

[LISA TALLEY DECKER] Because any time he knew, you know, that I was going to leave, there would be a ticket.

[LISA TALLEY DECKER] Whether he was on duty, off duty.

[LISA TALLEY DECKER] He, you know, it just, it didn't matter.

[JOHN BRYLSKI] What kind of names did he call you?

[JOHN BRYLSKI] I mean, he called you idiot, anything else?

[LISA TALLEY DECKER] You know, I just don't think he was, he was really, he would minimize me a lot.

[LISA TALLEY DECKER] You know, and he would, he would just, I always knew that he, that he had the power.

[LISA TALLEY DECKER] There was like nothing I could do about it.

[LISA TALLEY DECKER] Nothing I could do about it.

[LISA TALLEY DECKER] Nothing I could do, you know.

[LISA TALLEY DECKER] And I don't remember, you know, any like promises of us being together or like we were going to run away together or anything like that.

[LISA TALLEY DECKER] But I remember feeling dependence on his approval.

[LISA TALLEY DECKER] And, you know, it just, it formed so many, you know, negative patterns that, you know, I took with me well into adulthood.

[LISA TALLEY DECKER] Well into adulthood.

[JOHN BRYLSKI] But I know, now your finally, you're doing good stuff.

[JOHN BRYLSKI] Tell about some of the good stuff you're doing.

[LISA TALLEY DECKER] Oh, yeah, when I turned.

[LISA TALLEY DECKER] Actually, that was kind of my, my light bulb moment where I just said, you know, it's just going to stop.

[LISA TALLEY DECKER] You know, and, and in the back of my head, you know, this has always been there because it, it formed any relationship that I had with man after.

[LISA TALLEY DECKER] And, you know, it, it formed my self-talk, my method of thinking, just that blame, shame game.

[LISA TALLEY DECKER] I carried his shame for so long that, you know, in my head I couldn't distinguish the I made a bad choice from I'm bad.

[LISA TALLEY DECKER] You know, and I just remember that when I was 40, I just said, no more, it's got to stop.

[JOHN BRYLSKI] And you started helping other people out, right?

[LISA TALLEY DECKER] I started therapy again, actually, because that was when I had heard about EMDR, which is the eye movement, desensitization, reprogramming for post-traumatic stress.

[LISA TALLEY DECKER] Because I blocked so much stuff, like I literally have blank spots and it's just so deep that it's, it's hard to be hypnotized.

[LISA TALLEY DECKER] So it's still kind of a work in progress.

[LISA TALLEY DECKER] And this is actually the one area that, that I have not been able to tap into and, um, sort of get a little emotional because things are coming back since having spoke to you.

[LISA TALLEY DECKER] Um, when I found out that he had become sheriff, I remember this just feeling, because I always wanted, you know, to hold him accountable.

[LISA TALLEY DECKER] Um, especially after, you know, I got my head on right and there was nothing that he could do to, to, to minimize me anymore or to discredit me was the biggest thing.

[LISA TALLEY DECKER] Because when I, I did, um, at one point try just to get him to stop, I said enough and I went to the sheriff.

[JOHN BRYLSKI] Sheriff, um, who do you think it was?

[LISA TALLEY DECKER] I thought it was Heitkemper , but it could have been Wirsing.

[LISA TALLEY DECKER] Um, I, I had enough, you know, and the only thing I had was these years of journals that I had wrote in about, you know, [JOHN BRYLSKI] what he done to you?

[LISA TALLEY DECKER] Good, bad, you know, all of it, pages with hearts and, you know, I mean, my life, you know, I, I wrote constantly, um, and that was all I had.

[LISA TALLEY DECKER] And I went to the sheriff by myself and I said, look, this has been happening.

[LISA TALLEY DECKER] He just gave me another ticket.

[LISA TALLEY DECKER] This is like, you know, this is ridiculous because I was leaving.

[LISA TALLEY DECKER] I was going to California, you know, and it was, it was a huge citation and, you know, I was already enrolled in school.

[LISA TALLEY DECKER] And it was a major problem and I had just had enough.

[LISA TALLEY DECKER] I had enough.

[JOHN BRYLSKI] What, what did the journals look like?

[LISA TALLEY DECKER] So some of them were just notebooks.

[LISA TALLEY DECKER] Um, um, one was like a diary with a little lock on it.

[LISA TALLEY DECKER] And then there were several others that were like little hardcover or softcover books.

[LISA TALLEY DECKER] And it wasn't just about him, but, you know, he consumed so much of my, my life and my time, you know, that, that a lot of it was, and it, and it touched on.

[JOHN BRYLSKI] And he never returned them to you, right?

[LISA TALLEY DECKER] No, they told me that if I turned them in for them to review, that it would only be that, you know, the sheriff that was reading them and, and that they would all be returned to me.

[LISA TALLEY DECKER] I, I never saw him again, never saw him again.

[LISA TALLEY DECKER] And, but I did walk in a few times to, you know, a good, good old voice, a little circle group laughing, reading them.

[LISA TALLEY DECKER] I mean, talk about shaming.

[JOHN BRYLSKI] You mean other cops reading them?

[LISA TALLEY DECKER] Yes.

[LISA TALLEY DECKER] Talk about, before I would get there to go, to talk to the sheriff or talk to some other investigator they had brought in.

[LISA TALLEY DECKER] Yeah.

[LISA TALLEY DECKER] Talk about shaming, you know, someone.

[LISA TALLEY DECKER] And, um, yeah, then they, they asked me to take a lie detector test, which I agree immediately.

[LISA TALLEY DECKER] I, I don't think that he, did um.

[JOHN BRYLSKI] Concerning what?

[LISA TALLEY DECKER] Concerning, um, my relationship with him.

[JOHN BRYLSKI] Okay.

[LISA TALLEY DECKER] Um, because for most of it, I was underage.

[LISA TALLEY DECKER] I was not trying to get him charged.

[JOHN BRYLSKI] So it appeared that you were trying to investigate it.

[JOHN BRYLSKI] It appeared.

[JOHN BRYLSKI] um huh

[LISA TALLEY DECKER] I wanted the tickets gone because he was giving them to me in a, in a manner by which to keep me under his thumb.

[LISA TALLEY DECKER] That was what I wanted.

[LISA TALLEY DECKER] I didn't, I didn't even know my ability at that time that, that I could have pursued.

[LISA TALLEY DECKER] And, and none of them mentioned that to me either.

[LISA TALLEY DECKER] Um, so I did go and take, um, this lie detector test and, and I never saw the results of that.

[JOHN BRYLSKI] And you don't recall where it was?

[LISA TALLEY DECKER]No, uh-uh.

[LISA TALLEY DECKER] No, I know that they wanted to take me, but they didn't want my mom to come.

[LISA TALLEY DECKER]They wanted to take me.

[JOHN BRYLSKI] But your mom decided you, she'd better take you.

[LISA TALLEY DECKER] Well, I had refused, actually.

[JOHN BRYLSKI] Okay.

[LISA TALLEY DECKER] And that's, yeah.

[JOHN BRYLSKI] Do you remember it was far away?

[JOHN BRYLSKI] Could it have been Wausau?

[LISA TALLEY DECKER] I feel like, I think it was like Wausau.

[JOHN BRYLSKI] Okay.

[LISA TALLEY DECKER] Wausau maybe, or Marshfield or something like that.

[JOHN BRYLSKI] Okay.

[LISA TALLEY DECKER] But, um, it was, it was an incredibly intimidating, you know, experience.

[LISA TALLEY DECKER] And, you know, I don't even remember the questions that they asked me.

[LISA TALLEY DECKER] But, um.

[JOHN BRYLSKI] They didn't tell you if you passed or not?

[LISA TALLEY DECKER] No.

[LISA TALLEY DECKER] No, they did not.

[JOHN BRYLSKI] And you said, I.

[LISA TALLEY DECKER] No, and then I think we just got like a phone call and my mother got a phone call.

[LISA TALLEY DECKER] And then just, yeah, she's lying.

[LISA TALLEY DECKER] It was like, how am I, you know, it was just, it was humiliating.

[JOHN BRYLSKI] And you're aware that Schmidt didn't even have to take one.

[LISA TALLEY DECKER] Not to my knowledge, no.

[LISA TALLEY DECKER] But I do believe it.

[LISA TALLEY DECKER] And he also, I know, I do know that he at some point had access to those journals.

[LISA TALLEY DECKER] Because he had referenced things in them to me.

[LISA TALLEY DECKER] And I just thought, I thought that I got myself in such a big mess.

[LISA TALLEY DECKER] Because then I was targeted, you know, by, by these people.

[LISA TALLEY DECKER] And, yeah, it was terrible.

[LISA TALLEY DECKER] So I did end up leaving shortly thereafter.

[LISA TALLEY DECKER] And I actually left the state just to, you know, and ironically, when I left, you know,

[LISA TALLEY DECKER] I didn't really have any other problems.

[LISA TALLEY DECKER] But, I mean, I still had, I had mental health problems, you know, after that.

[LISA TALLEY DECKER] And, you know, like I said, it formed a series of, you know, choices that I made.

[LISA TALLEY DECKER] Because it molded, it molded a lot of my self-concept, you know, during that time.

[LISA TALLEY DECKER] Just constant being blamed and shamed and just having no, no real sense of direction or self.

[JOHN BRYLSKI] How many years has, do you think this stuff all went on?

[JOHN BRYLSKI] From like approximately 90 to how many years or?

[LISA TALLEY DECKER] Well, until I was 18, 19, somewhere in there.

[JOHN BRYLSKI] Okay.

[JOHN BRYLSKI] And I know this is a difficult question, but it's a cop question.

[JOHN BRYLSKI] Out of how many times did you think he had intercourse with you while he was on duty?

[LISA TALLEY DECKER] Every time I saw him.

[JOHN BRYLSKI] So give me an estimate.

[LISA TALLEY DECKER] Over the course of years?

[JOHN BRYLSKI] Yeah.

[LISA TALLEY DECKER] I don't know.

[LISA TALLEY DECKER] A lot.

[JOHN BRYLSKI] A lot would be over 20 or?

[LISA TALLEY DECKER] Yeah.

[JOHN BRYLSKI] Okay.

[LISA TALLEY DECKER] For sure.

[JOHN BRYLSKI] Did he ever get caught?

[JOHN BRYLSKI] Did anybody ever drive up?

[LISA TALLEY DECKER] You know, I think, you know, I kind of have a memory of someone else in a squad car driving up at one point.

[LISA TALLEY DECKER] But, you know, I just can't, I haven't brought that back yet.

[JOHN BRYLSKI] Do you remember if there's any specific location he liked to park?

[LISA TALLEY DECKER] Well, I was, my parents lived on Bridge Street in Prentice.

[LISA TALLEY DECKER] So it was right on the river, literally right on the river.

[LISA TALLEY DECKER] And so behind my parents' house and the DNR station, there was like a little park.

[LISA TALLEY DECKER] You had to go out onto the main road and then drive down into it.

[LISA TALLEY DECKER] But it was just a small little park, but it was secluded because it was sunk down.

[LISA TALLEY DECKER] And he liked to park down there a lot because, well, it was convenient, too.

[LISA TALLEY DECKER] Because eventually, because he was having me drive places, you know, to meet him.

[LISA TALLEY DECKER] Well, but he'd give me a ticket any other time I was driving.

[LISA TALLEY DECKER] So he stopped.

So if he was, if you were driving for that purpose, he wouldn't give you a ticket.

[JOHN BRYLSKI] But if you were driving otherwise, he'd give you a ticket.

[LISA TALLEY DECKER] Right.

[LISA TALLEY DECKER] Or if there were other officers on, too, in the area, then he wouldn't, because any one of them could have, you know, stopped me, too.

[LISA TALLEY DECKER] But they didn't.

[JOHN BRYLSKI] Well, you were telling me earlier that he would brag about stopping other females.

[JOHN BRYLSKI] Tell me about that.

[LISA TALLEY DECKER] And I remember that so specifically because it was just part of my, you know, in my healing process.

[LISA TALLEY DECKER] It's like, well, why would I want to be with a guy who's telling me, you know, these things, who's just degrading and minimizing not only other women but me, you know.

[LISA TALLEY DECKER] And because he would tell me that he would try, you know, to pull over women and he would, you know, engage them in conversations and, you know, he would find something, you know, that he could cite them for, you know, and he put the pressure on.

[JOHN BRYLSKI] The pressure to do what?

[LISA TALLEY DECKER] My understanding was he would put the pressure on until either they were suggesting what could they do to get out of this or he would suggest that he could let this fly.

[LISA TALLEY DECKER] He would do so in, you know, in like a tone of voice or his mannerisms that would be suggestive enough to invite invitations for some type of sexual favor.

[JOHN BRYLSKI] Do you know of any particular women or girls that?

[LISA TALLEY DECKER] No, he just told me of random people.

[JOHN BRYLSKI] Okay, how about, I'm going to bring up the name. (Name Redacted)

[JOHN BRYLSKI] What do you know about? ( Name redacted)

[LISA TALLEY DECKER] I know, more years later than, I mean, we weren't really in the same group, you know, that, but, um, we would see each other in passing and, um, I didn't find out from him.

[LISA TALLEY DECKER] I found out from, from one of her friends that, that, you know, that they had, that he had also been seeing her.

[JOHN BRYLSKI] And then, um, seeing her, how?

[LISA TALLEY DECKER] Like, as, like, as, like, well, he was seeing me, so, so, and we were pretty close in age.

[LISA TALLEY DECKER] And, um, so I just thought that was interesting, but I, I know that at some point she got pregnant, and I remember that baby.

[LISA TALLEY DECKER] Like, I remember the baby, after she had the baby, the girl looked just like him, you know?

[JOHN BRYLSKI] Yeah, I've heard, I've heard that.

[LISA TALLEY DECKER] And I, I, I asked him, and I asked her, too.

[LISA TALLEY DECKER] And I, I don't, I don't remember if she answered me or not.

[LISA TALLEY DECKER] I think she just said, you know, he was, he's a, he's a piece of shit or something like that.

[LISA TALLEY DECKER] And I, I don't know that she ever gave me an answer, but, um, so, yeah, there was that.

[LISA TALLEY DECKER] And I think he was, like, going, oh, and she, like, but parties, different parties that they would, you know,

[LISA TALLEY DECKER] because she hung with, you know, kind of a bigger group, but I think, like, Phillips area over there.

[LISA TALLEY DECKER] And I, you know, there were parties, and I guess he'd show up.

[LISA TALLEY DECKER] And it's, like, so, she's doing the same thing to her at the same, you know, we never really talked about it.

[LISA TALLEY DECKER] So, when I lived.

[LISA TALLEY DECKER] I went to see her every once in a while.

[LISA TALLEY DECKER] And I know a couple times it came up.

[LISA TALLEY DECKER] But, um, I, I just remember some things coming to light in conversations with her.

[LISA TALLEY DECKER] I, I just don't recall exactly, you know, what she, but things would have made sense.

[LISA TALLEY DECKER] And, you know, that's kind of where I started really, really thinking about what he had done to me.

[LISA TALLEY DECKER] Not, not what I had done or what I had invited.

[JOHN BRYLSKI] Yeah.

[LISA TALLEY DECKER] Because I didn't know how to do that at that point, you know?

[LISA TALLEY DECKER] Like, yeah.

[LISA TALLEY DECKER] And, um, you know, everything was always directed by him, too.

[LISA TALLEY DECKER] And, you know, I was just passive enough to, to be valuable.

[JOHN BRYLSKI] Did he ever, [LISA TALLEY DECKER] I, I, I didn't think that there was anything wrong.

[JOHN BRYLSKI] Did he ever threaten you with any weapons or anything?

[LISA TALLEY DECKER] He would threaten me with, like, um, rural areas, um, swamps.

[LISA TALLEY DECKER] He would say that he knew every swamp and backwoods in the county and nobody would ever find me.

[JOHN BRYLSKI] You know, um, which was sending you what kind of message did you think?

[LISA TALLEY DECKER] Well, it instilled fear, you know, but, but, um, at the time, I, I, in my head at the time, I, I didn't see anything wrong with what he was doing.

[LISA TALLEY DECKER] I thought that it meant like he cared, you know, that's just how dysfunctional.

[LISA TALLEY DECKER] And I carried that on, you know, for, for years, years, you know, which got me into horribly, horribly abusive relationships with men just like him and worse.

[LISA TALLEY DECKER] Um, it, you know, caused some binge drug use because I would bandaid it.

[LISA TALLEY DECKER] I mean, just, just any relationship that I had, you know, with anyone was, comes back to, to this, you know, and it's, it's been years, you know, and again, it took until, you know, my 40th birthday when I just said enough is enough I need to deal with this.

[LISA TALLEY DECKER] And this, this, this, this unfortunately is something I've never really truly been able to, to fully bring back, you know, into fruition in order to really wrap my head around it.

[LISA TALLEY DECKER] But, uh, but I've been able to wrap my head around this was not something that I did wrong.

[LISA TALLEY DECKER] This was not my bad.

[JOHN BRYLSKI] Yeah.

[LISA TALLEY DECKER] This was something that was done to me.

[JOHN BRYLSKI] Do you have any final messages for him?

[LISA TALLEY DECKER] You know, um, I think that when, uh, when something is meant to be, you know, the, the universe comes together and it kind of paves the way to make that happen.

[LISA TALLEY DECKER] And, uh, I never in a million years would have met you.

[LISA TALLEY DECKER] I haven't spoken to my mother in probably 10 years.

[LISA TALLEY DECKER] Um, I'm in a good place in my life, in my health, in my overall wellbeing.

[LISA TALLEY DECKER] Um, and this is the one thing that I've never been able to, to fully put some closure on.

[LISA TALLEY DECKER] And I think that the universe is painting a way.

[JOHN BRYLSKI] Yeah.

[JOHN BRYLSKI] Well, I hope so.

[LISA TALLEY DECKER] Because it's just not, it's not right.

[LISA TALLEY DECKER] And it's, it's, it's literally haunted me for, for such a long time.

[LISA TALLEY DECKER] And I guess, you know, to him, Brian, I hope you get everything you deserve in life.

[LISA TALLEY DECKER] That's about all I got for you.

[JOHN BRYLSKI] One last thing, at least from me, I'd ask you because, um, is, uh, is, um, uh, in the future, because, you know, you have blocked some of this stuff off.

[JOHN BRYLSKI] I mean, I'm hoping that you'd be willing to talk a little bit more if you find out more stuff you remembered.

[LISA TALLEY DECKER] Well, I'm still, I'm still in therapy and I'm doing like the EMDR, which is, you know, a form of, you know, trying to put yourself back into that place so that you can view it, you know, from a different perspective.

[LISA TALLEY DECKER] And, um, you know, this is, this is the one major, you know, point of, um, focus that, that I'm working on still, because I, I just want it gone, you know, from my, I need to be able to understand it entirely, you know, in order to let it go.

[LISA TALLEY DECKER] And, um, I think that part of that should be his being accountable for what he did.

[LISA TALLEY DECKER] He shouldn't be in a position of power.

[LISA TALLEY DECKER] I'm not the only one.

[LISA TALLEY DECKER] He's done this too.

[JOHN BRYLSKI] I'm going to put the last thing is I didn't put the date today's date of January 24th, 2024 and the finishing interviewing you at 5:38 PM.

[JOHN BRYLSKI] Okay.

[LISA TALLEY DECKER] Okay.

[LISA TALLEY DECKER] Sorry.

[LISA TALLEY DECKER] I got up set.

[JOHN BRYLSKI] No, I'll actually.

[JOHN BRYLSKI] Okay, just for a correction for myself, I called, uh, Schmidt, Michael Schmidt.

[JOHN BRYLSKI] Well, I should know.

His name is Bradley Schmidt.

[LISA TALLEY DECKER] Brian Schmidt.

[JOHN BRYLSKI]Brian Schmidt.

[JOHN BRYLSKI] Sorry.

[JOHN BRYLSKI] Not that I think of him all the time, but, um, anyways, you wanted to say one last thing.

[JOHN BRYLSKI] And he, and besides he worked at Price County Sheriff's and he's the current sheriff of, uh, Price County.

[JOHN BRYLSKI] Go ahead.

[LISA TALLEY DECKER] Um, I just wanted to say too that, that, you know, through, throughout this process and, um, trying to heal and, and, you know, get, just get my life right.

[LISA TALLEY DECKER] Be the best person I can be.

[LISA TALLEY DECKER] Um, I found with a lot of encouragement that one of the things that really helped me was being completely transparent about my, my entire life.

[LISA TALLEY DECKER] You know, the, the shame, the guilt, you know, definitely some of my actions, you know, we're, we're, we're not excusable by any means, you know, but, but I can be accountable for, for anything I've ever done.

[LISA TALLEY DECKER] Any choice I've ever made.

[LISA TALLEY DECKER] And I can also tell you what choices I made and which ones were made for me.

[LISA TALLEY DECKER] And, um, so with that transparency, if I'm more and more people wanting me to speak to this person, speak to that person.

[LISA TALLEY DECKER] And the next thing you know, speak on a more public forum.

[JOHN BRYLSKI] Yeah.

[JOHN BRYLSKI] You told me that, which is really cool.

[LISA TALLEY DECKER] People in treatment centers, women, specifically women in abuse shelters, um, about, you know, the cycles of abuse and, and control.

[LISA TALLEY DECKER] And also, um, dealing with issues with mental health, shame, guilt, um, and, and having these real life, you know, story to go along with it.

[LISA TALLEY DECKER] Um, and I, I found that I'm, I'm able to do so in a way that, that brings me some, brings me a spiritual paycheck.

[LISA TALLEY DECKER] I guess that, that has really helped me get through this because you can see it igniting, you know, thoughts and change in, in other people because, you know, I, I'm no longer that, that kid anymore.

[LISA TALLEY DECKER] I've gotten a little upset during this because, um, again, it's bringing up a lot of things that, that, that I have, you know, pushed back.

[LISA TALLEY DECKER] But, you know, because of these moments with Brian, I, I, um, I went through a lot.

[LISA TALLEY DECKER] Some of it was my choice, you know, some of it was not, but, um, but ultimately it was because I didn't really have a lot of guidance.

[JOHN BRYLSKI] And again, I'm going to stop you, it was your choice, but that was your choice that, 15 and 16?

[JOHN BRYLSKI] 15, 16 years old, right.

[LISA TALLEY DECKER] Right.

[JOHN BRYLSKI] That puts it in the whole perspective.

[LISA TALLEY DECKER] Exactly, exactly, that's just it.

[LISA TALLEY DECKER] And, and, um, you know, especially when it's someone, you know, that you admire and you think, you know, I just had kind of a skewed way of, of, of, of, of, of, I didn't have a whole lot.

[LISA TALLEY DECKER]A lot of self-concept, a lot of self-worth, you know, I, I was a troubled kid for a multitude of reasons, but that's neither here nor there.

[LISA TALLEY DECKER] I was the kid.

[JOHN BRYLSKI] Mm-hmm.

[LISA TALLEY DECKER] I was the kid.

[LISA TALLEY DECKER] And, um, so again, making my life, my entire life transparent, you know, no secrets, no shame, nothing to hide.

[LISA TALLEY DECKER] Um, talking about, you know, different things I've gone through, you know, with, with drug use, with, um, different, you know, law enforcement, um, interactions that, that were not, you know, pleasant.

[LISA TALLEY DECKER] You know, well, now, you know, any experience I have with law enforcement is more than pleasant.

[LISA TALLEY DECKER] In fact, you know, I work for the city and I have a badge number.

[LISA TALLEY DECKER] It's, um, I've done a lot of things that a lot of people in these positions, especially once they have punitive, um, punitive consequences for some of their choices that they're making because they have no guidance and they get into these situations, um, think that they can never do.

[LISA TALLEY DECKER] Um, you know, I, I, I've walked the walk ever since I was 40, um, like I said, I'm, I'm an open book.

[LISA TALLEY DECKER] I, I say it like it is.

[LISA TALLEY DECKER] I talk openly about mental health.

[LISA TALLEY DECKER] I talk openly about sexual abuse, physical abuse, you know, cycles of control, um, passive aggressives, just nurse, nurse, narcissistic personalities disorder.

[LISA TALLEY DECKER] I mean, you, you name it, I will talk about it and I will talk about it openly and honestly.

[LISA TALLEY DECKER] And, and what I've done to better things for myself so that I don't have to continue to stay there in that because nobody does.

[LISA TALLEY DECKER] Nobody does, especially if these things happen to you when, when you're a kid, you know, there, there does come a point where you, you have to make some choices and some changes and it does take strength and courage and time.

[LISA TALLEY DECKER] And if you don't have a lot of support, sometimes it takes you till you're 40.

[LISA TALLEY DECKER] Um, but what I've done from then on, you know, has, has been, you know, very, very grand in comparison, I guess.

[LISA TALLEY DECKER] Um, you know, I would love to see him try to contradict me or, you know, just credit me now.

[JOHN BRYLSKI] Um, yeah, I don't think so.

[LISA TALLEY DECKER] It wouldn't happen.

[LISA TALLEY DECKER] It wouldn't happen.

[LISA TALLEY DECKER] You know, and I'd really like to get those journals back too.

[JOHN BRYLSKI] Yeah.

[LISA TALLEY DECKER] And that would be great because that, that's actually something I've talked about a few times when I've talked.

[JOHN BRYLSKI] Maybe that's the thing you could do is you could put, um, I'll, I'll send you some information on open records request and say, you turned over your journals.

[JOHN BRYLSKI] What was in them?

[JOHN BRYLSKI] Where are they?

[LISA TALLEY DECKER] I've had women ask me at different speaking engagements, you know, well, where are those journals?

[LISA TALLEY DECKER] You know, you should read, maybe if you could read this, like it would help, you know, them.

[LISA TALLEY DECKER] And, and I, I don't.

[LISA TALLEY DECKER] And, you know, like I said, this has just been one area that, that, that I'm still having some blockage issues with and that I need to put some closure on.

[LISA TALLEY DECKER] And, and I feel that you, that you and I were brought together for a reason.

[LISA TALLEY DECKER] And I mean, what's he going to do next?

[LISA TALLEY DECKER] What's he going to do next?

[JOHN BRYLSKI] I was persistent, wasn't I?

[LISA TALLEY DECKER] You were very persistent.

[JOHN BRYLSKI] Yeah.

[LISA TALLEY DECKER] Because I was not answering your message.

[JOHN BRYLSKI] Yeah.

[LISA TALLEY DECKER] I mean, at first I thought you were someone else, but as soon as I saw his name, as soon as I saw his name, you know, it started that negative thing.

[LISA TALLEY DECKER] It started again.

[LISA TALLEY DECKER] And I just thought, okay, I got to think this through.

[LISA TALLEY DECKER] And with your persistence, you had contacted someone that I'm very close to and whose opinion I respect.

[LISA TALLEY DECKER] And, and he actually urged me to at least hear you out.

[LISA TALLEY DECKER] That this may be something that, that, that needs to happen.

[LISA TALLEY DECKER] Because there's always a bigger reason, you know, for these things.

[LISA TALLEY DECKER] I mean, I, I never thought I would be sitting here talking to anyone about him ever again.

[JOHN BRYLSKI] I'm going to finish this off by, I don't think I identified myself.

[LISA TALLEY DECKER] You did.

[JOHN BRYLSKI] Well, I'm going to do it again.

[JOHN BRYLSKI] And my name's John Brilski.

[JOHN BRYLSKI] I'm a retired law enforcement officer, investigator slash police school liaison officer.

[JOHN BRYLSKI] And, um, Brian, Brian, Brian Schmidt.

[JOHN BRYLSKI] Sorry.

[JOHN BRYLSKI] This is about Brian Schmidt and her victim, his victim, uh, Lisa Talley.

[JOHN BRYLSKI] Decker.

[JOHN BRYLSKI] Lisa Talley Decker.

[JOHN BRYLSKI] I see, I'm confusing some of the other victims.

[JOHN BRYLSKI] Um, anyways, um, and, uh, I, um, operate the site, uh, justice for Shelly Hanson in Northern Wisconsin.

[JOHN BRYLSKI] Um, so I'm doing the best I can.

[JOHN BRYLSKI] Over and out.